**P O R T E R  |  S C O T T**
A PROFESSIONAL CORPORATION
Martin N. Jensen, (SBN 232231)
mjensen@porterscott.com
Cruz Rocha, (SBN 279293)
crocha@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendants
CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC.,
INTERIOR DOOR & CLOSET COMPANY, ONE DAY DOORS AND CLOSETS,
INC., AND DAVID WINTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>            Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and | CASE NO. 2:18-cv-06105-SJO-AS<br><br>**DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**<br><br>Assigned to: Honorable S. James Otero<br>Magistrate Judge Alka Sagar<br><br>Complaint Filed:  07/13/2018<br>Second Amended<br>Complaint Filed: 03/21/19<br>Trial Date: 08/13/19 |

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                          1
DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

ONE DAY ENTERPRISES, LLC, a
Delaware company,

                    Defendants.
—————————————————/

Defendant ONE DAY ENTERPRISES, LLC ("Defendant") hereby answers

Plaintiff's Second Amended Complaint ("Complaint") as follows:

### L.R. 8-1 JURISDICTIONAL STATEMENT

1.      The allegations contained in paragraph 1 of the Complaint are legal

conclusions that Defendant is not required to admit or deny.  To the extent that

paragraph 1 of the Complaint contains allegations of fact, Defendant denies all such

factual allegations contained in paragraph 1 of the Complaint.

### NATURE OF THE CASE

2.      Defendant denies the allegations in Paragraph 2 insofar as they concern

alleged conduct by Defendant.  Defendant lacks knowledge or information sufficient

to form a belief as to the truth of the remaining allegations contained in Paragraph 2

and on that basis denies those allegations.

3.      Defendant denies the allegations in Paragraph 3 insofar as they concern

alleged conduct by Defendant.  Defendant lacks knowledge or information sufficient

to form a belief as to the truth of the remaining allegations contained in Paragraph 3

and on that basis denies those allegations.

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

4.      Defendant denies the allegations in Paragraph 4.  Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.

5.      The allegations contained in paragraph 5 of the Complaint are legal conclusions that Defendant is not required to admit or deny.  To the extent that paragraph 5 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 5 of the Complaint.

## THE PARTIES

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 and on that basis denies those allegations.

7.      Defendant admits the allegations of Paragraph 7.

8.      Defendant admits that FOUR SEASONS was a corporation organized and existing under the laws of the state of California, having its principal place of business in this District at 2675 Skypark Drive #203, Torrance, California 90505.

9.      Defendant CASABLANCA DESIGN CENTERS, INC. does business as INTERIOR DOOR & CLOSET COMPANY.  INTERIOR DOOR & CLOSET COMPANY is not an entity distinct from CASABLANCA DESIGN CENTERS, INC.  To the extent Plaintiff refers to an IDCC that is distinct from CASABLANCA DESIGN CENTERS, INC., Defendant lacks knowledge or information sufficient to

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                    3
DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

form a belief as to the truth of the allegations contained in Paragraph 9 and on that basis denies those allegations.

10.     Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant admits the allegations of Paragraph 10.

11.     Defendant admits the allegations of Paragraph 11.

## **JURISDICTION AND VENUE**

12.     The allegations contained in paragraph 12 of the Complaint are legal conclusions that Defendant is not required to admit or deny.  To the extent that paragraph 12 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 12 of the Complaint.

13.     The allegations contained in paragraph 13 of the Complaint are legal conclusions that Defendant is not required to admit or deny.  To the extent that paragraph 13 of the Complaint contains any other allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 and on that basis denies those allegations.

14.     The allegations contained in paragraph 14 of the Complaint are legal conclusions that Defendant is not required to admit or deny.  To the extent that paragraph 14 of the Complaint contains any other allegations of fact, Defendant

{01990095.DOCX}                                    4

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 and on that basis denies those allegations.

15.     Defendant CASABLANCA DESIGN CENTERS, INC. does business as INTERIOR DOOR & CLOSET COMPANY.   INTERIOR DOOR & CLOSET COMPANY is not an entity distinct from CASABLANCA DESIGN CENTERS, INC.   To the extent that paragraph 15 of the Complaint contains any other allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 and on that basis denies those allegations.

16.     Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.   To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant admits ONE DAY ENTERPRISES, LLC admits it maintains a regular and established place of business in California.   To the extent that paragraph 16 of the Complaint contains any other allegations of fact, Defendant denies all such factual allegations contained in paragraph 16 of the Complaint.

17.     The allegations contained in paragraph 17 of the Complaint are legal conclusions that Defendant is not required to admit or deny.   To the extent that paragraph 17 of the Complaint contains any allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations

PORTER │SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                     5

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

contained in Paragraph 17 and on that basis denies those allegations.

18.     The allegations contained in paragraph 18 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 18 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 18 of the Complaint.

## STATEMENTS OF FACTS

**A.     HIGHMARK'S "One-Cut"™ Door Replacement System**

19.     To the extent that paragraph 19 of the Complaint contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 and on that basis denies those allegations.

20.     On information and belief, Defendant admits the allegations of Paragraph 20.

21.     On information and belief, Defendant admits the allegations of Paragraph 21.

**B.     WINTER's Employment with HIGHMARK**

22.     Defendant admits that WINTER was employed by HIGHMARK from March of 2017 and his employment was terminated on July 16, 2015.

23.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 and on that basis denies

{01990095.DOCX}                                          6

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

those allegations.

24.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 and on that basis denies those allegations.

25.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 and on that basis deny those allegations.

26.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 and on that basis deny those allegations.

27.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 and on that basis deny those allegations.

## C.     WINTER'S Conduct During and After Employment with HIGHMARK

28.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 28 and on that basis deny those allegations.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 and on that basis deny those allegations.

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                    7

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

30.    Defendant CASABLANCA DESIGN CENTERS, INC. does business as INTERIOR DOOR & CLOSET COMPANY.  INTERIOR DOOR & CLOSET COMPANY is not an entity distinct from CASABLANCA DESIGN CENTERS, INC.  Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant admits that Johnson is a shareholder (owner) and officer of ONE DAY ENTERPRISES, LLC.  Defendant denies the remaining allegations of contained in Paragraph 30.

31.    Defendant denies the allegations contained in Paragraph 31.

32.    [Withdrawn]

33.    [Withdrawn]

34.    [Withdrawn]

35.    [Withdrawn]

36.    [Withdrawn]

37.    [Withdrawn]

38.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 and on that basis deny those allegations.

39.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 and on that basis deny those

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

allegations.

40.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 and on that basis deny those allegations.

41.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 and on that basis deny those allegations.

42.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 and on that basis deny those allegations.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 and on that basis deny those allegations.

44.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 and on that basis deny those allegations.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 and on that basis deny those allegations.

46.     Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL. 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                          9

**DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL**

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant denies the allegations contained in Paragraph 46.

47.   Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant denies the allegations contained in Paragraph 46.

**D.**   **WINTER Joins ONE DAY**

48.   Defendant denies the allegations in paragraph 48.

49.   Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant admits that it is in the business of providing replacement doors.

50.   Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY DOORS AND CLOSETS, INC., Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 related to HIGHMARK's operations, and on that basis denies those allegations.

51.   Defendant denies the allegations in paragraph 51.

{01990095.DOCX}                              10

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

52.     Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.  To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendants admit that Johnson is a shareholder (owner) and officer of ONE DAY ENTERPRISES, LLC.  Defendant denies the remaining allegations of contained in Paragraph 52.

53.     Defendant CASABLANCA DESIGN CENTERS, INC. does business as INTERIOR DOOR & CLOSET COMPANY.  INTERIOR DOOR & CLOSET COMPANY is not an entity distinct from CASABLANCA DESIGN CENTERS, INC.   Defendant admits that Johnson is a shareholder (owner) and officer of CASABLANCA and FOUR SEASONS.  Defendants deny the remaining allegations of contained in Paragraph 53.

54.     Defendant CASABLANCA DESIGN CENTERS, INC. does business as INTERIOR DOOR & CLOSET COMPANY.  INTERIOR DOOR & CLOSET COMPANY is not an entity distinct from CASABLANCA DESIGN CENTERS, INC.  Defendant ONE DAY DOORS AND CLOSETS, INC. is a distinct legal entity from Defendant ONE DAY ENTERPRISES, LLC.   To the extent this allegation refers to Defendant ONE DAY ENTERPRISES, LLC, Defendant admits that ONE DAY ENTERPRISES, LLC is in the door replacement business.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 54 and on that basis denies

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                11

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

those allegations.

55. Defendant denies the allegations in paragraph 55.

56. Defendant denies the allegations in paragraph 56.

57. Defendant denies the allegations in paragraph 57.

**E.** **HIGHMARK'S Licensing Agreement with FOUR SEASONS**

58. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 and on that basis deny those allegations.

59. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 and on that basis deny those allegations.

60. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 and on that basis deny those allegations.

61. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 and on that basis deny those allegations.

62. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 and on that basis deny those allegations.

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

63.     Defendant denies the allegations in paragraph 63.

## FIRST CAUSE OF ACTION

## (TRADE SECRET MISAPPROPRIATION, 18 U.S.C. § 1836, *ET SEQ.*)

## [AGAINST ALL DEFENDANTS]

64.     Defendant re-alleges the responses to Paragraphs 1 through 63 and incorporate them by reference as if fully set forth herein.

65.     To the extent that paragraph 65 of the Complaint contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 and on that basis denies those allegations.

66.     To the extent that paragraph 66 of the Complaint contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 and on that basis denies those allegations.

67.     Defendant denies the allegations in paragraph 67, and HIGHMARK's contentions.

68.     The allegations contained in paragraph 68 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 68 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 68 of the Complaint.

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

69.     The allegations contained in paragraph 69 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 69 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 69 of the Complaint.

70.     The allegations contained in paragraph 70 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 70 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 70 of the Complaint.

## SECOND CAUSE OF ACTION

## (TRADE SECRET MISAPPROPRIATION, CAL. CIV. CODE § 3426, *ET SEQ.*)[AGAINST ALL DEFENDANTS]

71.     Defendant re-alleges the responses to Paragraphs 1 through 70 and incorporate them by reference as if fully set forth herein.

72.     The allegations contained in paragraph 72 of the Complaint are legal conclusions that Defendant is not required to admit or deny.  To the extent that paragraph 72 of the Complaint contains allegations of fact, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 and on that basis denies those allegations.

73.     The allegations contained in paragraph 73 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

paragraph 73 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 73 of the Complaint.

74.     The allegations contained in paragraph 74 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 74 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 74 of the Complaint.

75.     The allegations contained in paragraph 75 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 75 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 75 of the Complaint.

76.     The allegations contained in paragraph 76 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 76 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 76 of the Complaint.

## THIRD CAUSE OF ACTION

## (VIOLATION OF CALIFORNIA PENAL CODE § 502, *ET SEQ.*)

## [AGAINST WINTER]

77.     Defendant re-alleges the responses to Paragraphs 1 through 76 and incorporate them by reference as if fully set forth herein.

78.     Defendant lacks knowledge or information sufficient to form a belief as

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                    15

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

to the truth of the allegations contained in Paragraph 78 and on that basis denies those allegations.

79.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 and on that basis denies those allegations.

80.     The allegations contained in paragraph 80 of the Complaint are legal conclusions that Defendant is not required to admit or deny. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 and on that basis denies those allegations.

81.     The allegations contained in paragraph 81 of the Complaint are legal conclusions that Defendant is not required to admit or deny. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 and on that basis denies those allegations.

### **FOURTH CAUSE OF ACTION**

### **(BREACH OF CONTRACT)**

### **[AGAINST WINTER AND FOUR SEASONS]**

82.     Defendant re-alleges the responses to Paragraphs 1 through 81 and incorporate them by reference as if fully set forth herein.

**A.    Breach of the WINTER EMPLOYMENT AGREEMENT by WINTER**

83.     Defendant lacks knowledge or information sufficient to form a belief as

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

to the truth of the allegations contained in Paragraph 83 and on that basis denies those allegations.

84.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 and on that basis denies those allegations.

85.     Defendant denies the allegations contained in Paragraph 85.

86.     The allegations contained in paragraph 86 of the Complaint are legal conclusions that Defendant is not required to admit or deny. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 and on that basis denies those allegations.

**B.     Breach of the LICENSING AGREEMENT by FOUR SEASONS**

87.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 and on that basis denies those allegations.

88.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 and on that basis denies those allegations.

89.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 and on that basis denies those allegations.

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

90.     The allegations contained in paragraph 90 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 90 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 90 of the Complaint.

## FIFTH CAUSE OF ACTION

## (UNFAIR COMPETITION, CAL. BUS. & PROF. CODE § 17200. *ET SEQ.*)

## [AGAINST ALL DEFENDANTS]

91.     Defendant re-alleges the responses to Paragraphs 1 through 90 and incorporate them by reference as if fully set forth herein.

92.     The allegations contained in paragraph 92 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 92 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 92 of the Complaint.

93.     The allegations contained in paragraph 93 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 93 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 93 of the Complaint.

94.     The allegations contained in paragraph 94 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 94 of the Complaint contains allegations of fact, Defendant denies all

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

such factual allegations contained in paragraph 94 of the Complaint.

95.    The allegations contained in paragraph 95 of the Complaint are legal conclusions that Defendant is not required to admit or deny. To the extent that paragraph 95 of the Complaint contains allegations of fact, Defendant denies all such factual allegations contained in paragraph 95 of the Complaint.

## SIXTH CAUSE OF ACTION

## (BREACH OF FIDUCIARY DUTY)

## [AGAINST WINTER]

96.    Defendant re-alleges the responses to Paragraphs 1 through 95 and incorporate them by reference as if fully set forth herein.

97.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 and on that basis denies those allegations.

98.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 and on that basis denies those allegations.

99.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 and on that basis denies those allegations.

/ / /

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                      19

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

## AFFIRATIVE DEFENSES

Defendant alleges as separate affirmative defenses to Plaintiff's Complaint as follows:

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state facts sufficient to constitute claims upon which relief can be granted against this answering Defendant.

## SECOND AFFIRMATIVE DEFENSE

This answering Defendant alleges that it has appropriately, completely and fully performed, satisfied and discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each claim therein, is barred by the equitable defenses of unclean hands and laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's Complaint, and each claim therein, is barred by the defenses of res judicata, collateral estoppel, issue preclusion and judicial estoppel.

## FIFTH AFFIRMATIVE DEFENSE

The Complaint, in its entirety and through each separately stated cause of action, fails to state facts sufficient to constitute a viable cause of action against this answering Defendant.

{01990095.DOCX}                               20
DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

PORTER │SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

## SIXTH AFFIRMATIVE DEFENSE

Recovery for all claims made by Plaintiff herein are barred by any and all applicable statutes of limitations.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims, and each of them, are barred for failure to exhaust administrative remedies.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint is barred on the grounds that Plaintiff lacks the requisite standing to maintain any cause of action against this answering Defendant.

## NINTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, that any contractual provision that restrains anyone from engaging in a lawful trade and profession is void.

## TENTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, that the "trade secrets" that are the subject of the Complaint at all times relevant were and are not "secret", steps to maintain secrecy did not occur and/or the information is available in the public realm.

## ELEVENTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, any

{01990095.DOCX}                                    21

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

and all defenses contained in the Uniform Trade Secret Act in California Civil Code sections 3426-3426.11

### TWELVTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, any and all defenses contained in the Defend Trade Secret Act in 18 U.S.C. section 1836.

### THIRTEENTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, any and all of the claims in the Complaint are subject to a contractual arbitration provision.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Amended Complaint in its entirety, and via each separately stated cause of action, fails to state facts sufficient to constitute a viable cause of action or theory to predicate attorney's fees.

### FIFTEENTH AFFIRMATIVE DEFENSE

This answering Defendant is informed and believes, and thereon alleges, that Plaintiff does not have standing to bring the instant action due to lack of privity.

### SIXTEENTH AFFIRMATIVE DEFENSE

Defendant has no independent knowledge, as of filing this Answer, of facts allegedly constituting the causes of action in Plaintiff's Complaint and based

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                    22

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

thereon, hereby respectfully requests leave of court to amend this Answer to include those affirmative defenses that are revealed during the course of discovery.

## **PRAYER FOR RELIEF**

WHEREFORE, Defendant prays for judgment as follows:

1.      That Plaintiff's action be dismissed;

2.      That Plaintiff takes nothing by way of their Complaint and that Judgement be entered against Plaintiff;

3.      That Defendant be awarded its costs of suit, including attorney's fees; and,

4.      For such other relief as the court deems proper.

Dated:  April 10, 2019                    PORTER SCOTT
                                          A PROFESSIONAL CORPORATION


                                          By  __/s/ Martin N. Jensen__
                                              Martin N. Jensen
                                              Cruz Rocha
                                              Attorneys for Defendants
                                              CASABLANCA DESIGN CENTERS,
                                              INC., FOUR SEASONS WINDOWS,
                                              INC., INTERIOR DOOR & CLOSET
                                              COMPANY, ONE DAY DOORS
                                              AND CLOSETS, INC., DAVID
                                              WINTER, AND ONE DAY
                                              ENTERPRISES, LLC

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                              23
DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL

## **DEMAND FOR JURY TRIAL**

Defendant hereby demands a trial by jury in the above-entitled action as provided by the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01990095.DOCX}                                    24

DEFENDANT ONE DAY ENTERPRISES, LLC'S ANSWER TO PLAINTIFF'S
SECOND AMENDED COMPLAINT; DEMAND FOR JURY TRIAL