Michael Friedland (SBN 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (SBN 213,714)
2tpk@knobbe.com
Qi (Peter) Tong (SBN 300,347)
peter.tong@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HIGHMARK DIGITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>Defendants. | CASE NO.  2:18-cv-06105-SJO-AS<br><br>**PLAINTIFF HIGHMARK'S APPLICATION FOR LEAVE TO FILE EXHIBITS 8 AND B-D UNDER SEAL**<br><br>**Hon. S. James Otero**<br>**Magistrate Judge Alka Sagar**<br><br>Hearing: October 15, 2019<br>Time: 10:00 a.m.<br>Ctrm: 560, 5th Floor<br><br>Discovery Cutoff:  09/30/2019<br>Pre-Trial Conf.:  02/03/2020<br>Trial:  02/11/2020 |

Pursuant to Local Rule 79-5.2.2(a), Plaintiff HighMark Digital, Inc. ("HighMark") respectfully seeks leave to file under seal Exhibits B-D and Exhibit 8, which are considered confidential.

(1) Exhibit 8 is attached to the Declaration of Thomas P. Krzeminski in support of Plaintiff's Motion to Compel.

(2) Exhibits B-D are attached to the Declaration of Martin N. Jensen in Support of Defendants' Opposition to Plaintiff's Motion to Compel.

Exhibit 8 and Exhibit B are excerpts from the deposition of Michael MacGilvray, a witness represented by the Defendants' counsel. In particular, the excerpts discuss confidential technical information in the form of a "HOP File," its use in automated systems for particular manufacturing techniques, and reverse engineering efforts based on the HOP File. The transcript in Exhibit 8 and Exhibit B were designated confidential pursuant to the Stipulated Protective Order.

Exhibit C includes excerpts from the deposition of Dairl Johnson, a witness represented by the Defendants' counsel. In particular, the excerpts discuss financial, business, and proprietary information. For example, Exhibit C discusses the HOP File, its transmission to a third party, confidential price changes, and the conversion of certain types of data into computer instructions. The transcript in Exhibit C was designated confidential pursuant to the Stipulated Protective Order.

Exhibits D includes excerpts from the deposition of Michael McElroy discussing business and proprietary information. In particular, Exhibit D discusses technological and business capabilities of a third party. The transcript in Exhibit D was designated confidential pursuant to the Stipulated Protective Order.

This information that the parties maintain as confidential is kept in the

ordinary course of business, and should not be released to the public. Indeed, in the actual course of business, Four Seasons signed an agreement with HighMark including provisions to keep HOP Files confidential. Exhibit 2 of the Krzeminski Decl. HighMark filed this very lawsuit to allege breaches of contract and misappropriations of trade secrets that stem from the improper revelation of HighMark's HOP Files to third parties. Dkt. No. 1 ¶¶ 67-68, 87. The reverse engineering efforts of HighMark's HOP files should not be made public, especially in conjunction with discussion of HighMark's prices and competitors.

  Accordingly, HighMark respectfully requests that it be granted leave to file Exhibits B-D to the Declaration of Martin N. Jensen under seal.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 20, 2019  By: */s/ Thomas P. Krzeminski*
            Michael K. Friedland
            Thomas P. Krzeminski

            Attorneys for Plaintiff,
            HIGHMARK DIGITAL, INC.

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California 92614. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On September 20, 2019, I served the within **PLAINTIFF HIGHMARK'S APPLICATION FOR LEAVE TO FILE EXHIBITS 8 AND B-D UNDER SEAL** on the parties or their counsel shown below as follows:

| | |
|---|---|
| **VIA FIRST CLASS MAIL:**<br><br>**AND COURTESY COPY BY EMAIL PER AGREEMENT OF COUNSEL:** | Martin N. Jensen<br>mjensen@porterscott.com<br>Jeffrey A. Nordlander<br>jnordlander@porterscott.com<br>**PORTER SCOTT**<br>**A PROFESSIONAL CORPORATION**<br>350 University Avenue<br>Suite 200<br>Sacramento, California 95825<br>Phone: (916) 929-1481<br>Facsimile: (916) 927-3706 |

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on September 20, 2019 at Irvine, California.

/s/ Claudia Watson
Claudia Watson