Michael Friedland (State Bar No. 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (State Bar No. 213,714)
2tpk@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HIGHMARK DIGITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company, <br><br> Defendants. | CASE NO. 2:18-cv-06105-SJO-AS <br><br> **DECLARATION OF THOMAS P. KRZEMINSKI IN SUPPORT OF PLAINTIFF HIGHMARK DIGITAL, INC.'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT** <br><br> **Hon. S. James Otero** <br> **Magistrate Judge Alka Sagar** <br><br> **Date: February 18, 2020** <br> **Time: 10:00 a.m.** <br> **Judge: S. James Otero** <br> **Location: Courtroom 10C** <br><br> **Discovery Cutoff: 9/30/2019** <br> **Pre-Trial Conference: 6/1/2020** <br> **Trial Date: 6/9/2020** |

I, Thomas P. Krzeminski, hereby declare:

1.      I am a Partner in the law firm of Knobbe, Martens, Olson & Bear, LLP, and Counsel for Plaintiff HIGHMARK DIGITAL, INC. (hereinafter "HighMark") in this action.  I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto.

2.      I submit this Declaration pursuant to Federal Rule of Civil Procedure 56(c)(4), and Local Rules 7 and 56 in support of Plaintiff HighMark's Opposition to Defendants' Motion for Summary Judgment or Partial Summary Judgment.

3.      Attached hereto as **Exhibit 60** is a true and correct copy of highlighted transcript excerpts from the deposition of Donald Vilfer, taken January 16, 2020.

4.      Attached hereto as **Exhibit 61** is a true and correct copy of an email from Richard Matulia to members of the HighMark Digital Inc. staff sent on May 27, 2017, produced with Bates No. HMDI.0006732.

5.      Attached hereto as **Exhibit 62** is a true and correct copy of an email from Richard Matulia to David Winter sent on May 29, 2015, produced with Bates No. HMDI.0006726.

6.      Attached hereto as **Exhibit 63** is a true and correct copy of an email sent from Ken McBride to Rene Teune produced by Defendants and used as Exhibit 16 during the deposition of Dairl Johnson.

7.      Attached hereto as **Exhibit 64** is a true and correct copy of highlighted transcript excerpts from the deposition of Joseph Fallon, taken September 25, 2019.

/ / /

/ / /

-1-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2020 at Irvine, California.


*/s/ Thomas P. Krzeminski*
Thomas P. Krzeminski