# EXHIBIT 60

Case 2:18-cv-06105-GW-AS   Document 165-1   Filed 01/28/20   Page 2 of 8   Page ID #:6288

1/16/2020         Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.         Donald Vilfer

Page 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

HIGHMARK DIGITAL, INC., A
CALIFORNIA CORPORATION,
    PLAINTIFF,
    vs.                            No.  2:18-CV-06105-SJO-AS
CASABLANCA DESIGN CENTERS,
INC., A CALIFORNIA
CORPORATION; FOUR SEASONS
WINDOWS, INC., A CALIFORNIA
CORPORATION; INTERIOR DOOR &
CLOSET COMPANY, AN
UNINCORPORATED CALIFORNIA
COMPANY; ONE DAY DOORS AND
CLOSETS, INC., A CALIFORNIA
CORPORATION; AND DAVID WINTER,
AN INDIVIDUAL, ONE DAY
ENTERPRISES LLC, A DELAWARE
CORPORATION,
    DEFENDANTS.
_____
VIDEOTAPED DEPOSITION OF DONALD VILFER
Thursday, January 16, 2020
Reported By: KATHLEEN WILKINS, STENOGRAPHIC REPORTER,
CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC

BE IT REMEMBERED that on Thursday, January 16, 2020, commencing at the hour of 10:08 a.m. thereof, at PORTER SCOTT, 350 University Avenue, Suite 200, Sacramento, California, before me, Kathleen A. Wilkins, RPR-RMR-CRR-CCRR-CLR-CRC, a Certified Stenographic Shorthand Reporter, in and for the State of California, personally appeared DONALD VILFER, a witness in the above-entitled court and cause, who, being by me first duly sworn, was thereupon examined as a witness in said action.
_____
DIGITAL EVIDENCE GROUP
1730 M Street, NW, Suite 812
Washington, D.C. 20036
(202) 232-0646

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS Document 165-1 Filed 01/28/20 Page 3 of 8 Page ID #:6289

1/16/2020  Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.  Donald Vilfer

Page 2

1  APPEARANCES OF COUNSEL

2  FOR THE PLAINTIFF:

3       KNOBBE MARTENS

4       2040 Main Street, 14th Floor

5       Irvine, California  92614

6       BY:  THOMAS P. KRZEMINSKI, ESQ.

7       Telephone:  (949) 760-0404

8       E-mail:  tpk@kmob.com

9

10 FOR THE DEFENDANTS:

11      PORTER SCOTT

12      350 University Avenue, Suite 200

13      Sacramento, California  95825

14      BY:  JEFFREY A. NORDLANDER, ESQ.

15      Telephone:  (916) 929-1481

16      E-mail:  jnordlander@porterscott.com

17

18

19 ALSO PRESENT:

20      RICHARD MATULIA, HIGHMARK DIGITAL

21      JOSEPH MOURGOS, VIDEOGRAPHER

22

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS Document 165-1 Filed 01/28/20 Page 4 of 8 Page ID #:6290

1/16/2020        Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.        Donald Vilfer

Page 3

1                           INDEX

2                      INDEX OF EXAMINATIONS

3                                                              PAGE

4    Examination By Mr. Krzeminski                              7

5    Afternoon Session                                          128

6

7

8                      INDEX OF EXHIBITS

9    EXHIBIT         DESCRIPTION                                PAGE

10   Exhibit 1       HOP file Bates stamped                     8

11                   HMDI0001614

12   Exhibit 2       HOP file                                   13

13   Exhibit 3       Email from Sharon                          102

14                   Battaglia dated July 28,

15                   2015

16   Exhibit 4       Letter from Dave                           105

17                   Wilkinson to Richard

18                   Matulia, dated July 28,

19                   2015

20   Exhibit 5       String of e-mails                          108

21                   beginning with an email

22                   from Steve Robles

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS Document 165-1 Filed 01/28/20 Page 5 of 8 Page ID #:6291

1/16/2020　　　Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.　　　Donald Vilfer

Page 7

1　And also with us is a representative from HighMark,

2　Richard Matulia.

3　　　　　MR. NORDLANDER: Jeff Nordlander of Porter

4　Scott for defendant.

5　　　　　THE VIDEOGRAPHER: Thank you.

6　　　　　Would the reporter please administer the

7　oath.

8　　　　　　　　　DONALD VILFER,

9　　　　　　　having been duly sworn,

10　　　was examined and testified as follows:

11　　　　　　EXAMINATION BY MR. KRZEMINSKI

12　BY MR. KRZEMINSKI:

13　　　Q.　Good morning.

14　　　A.　Good morning.

15　　　Q.　Could you please state your full name for

16　the record.

17　　　A.　It's Donald Vilfer. V-I-L-F-E-R.

18　　　Q.　And your current address?

19　　　A.　1013 Galleria Boulevard, Suite 280, in

20　Roseville, California.

21　　　Q.　Approximately how many times have you been

22　deposed, Mr. Vilfer?

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS   Document 165-1   Filed 01/28/20   Page 6 of 8   Page ID #:6292

1/16/2020         Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.         Donald Vilfer

Page 18

1  choosing those HOP files?
2       A.   I chose them over different time periods,
3  from the dates that they had been created, to have a
4  sampling across several years.
5       Q.   Are you able to read source code?
6       A.   Not to any great extent.  I'm not a
7  programmer or -- can't write code.  But because of
8  the nature of our work, I can sometimes recognize
9  things in code.
10      Q.   And when you say "the nature" of your
11 work, you're referring to forensics work?
12      A.   Correct.
13      Q.   Is it safe to say that prior to your
14 involvement in this case, you've never heard what a
15 HOP file is?
16      A.   I don't recall.  We have had other
17 engagements with manufacturing clients, and I don't
18 recall if those involved HOP files or not.
19      Q.   So sitting here today, you have no
20 recollection of ever using the term "HOP file" prior
21 to being involved in this case; is that fair to say?
22      A.   No recollection.  We may have, but I don't

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS Document 165-1 Filed 01/28/20 Page 7 of 8 Page ID #:6293

1/16/2020　　Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.　　Donald Vilfer

Page 127

1	A.	Right.

2	Q.	Because people expect confidentiality when

3	they're working with someone with your expertise; is

4	that correct?

5	A.	Correct.

6	Q.	And so when you were working with

7	HighMark -- when your firm, Califorensics, was

8	working with HighMark, you would agree that that

9	project had confidentiality obligations related to

10	it, correct?

11	MR. NORDLANDER:	Objection.  Vague.

12	Incomplete hypothetical.  Argumentative.

13	THE WITNESS:	We would have kept that

14	information confidential, yes.

15	BY MR. KRZEMINSKI:

16	Q.	And --

17	THE VIDEOGRAPHER:	We're -- yeah.

18	MR. KRZEMINSKI:	Okay.  We'll take a

19	break.

20	THE VIDEOGRAPHER:	This marks the end of

21	Disk 1.  We're off the record at 12:15 p.m.

22	(Whereupon, a lunch recess was taken.)

**EXHIBIT 60**

Case 2:18-cv-06105-GW-AS Document 165-1 Filed 01/28/20 Page 8 of 8 Page ID #:6294

1/16/2020  Highmark Digital, Inc., v. Casablanca Design Centers, Inc., et al.  Donald Vilfer

Page 295

1       CERTIFICATE OF REPORTER
2           I, Kathleen A. Wilkins, Certified Shorthand Reporter licensed in the State of
3   California, License No. 10068, hereby certify that deponent was by me first duly sworn, and the
4   foregoing testimony was reported by me and was thereafter transcribed with computer-aided
5   transcription; that the foregoing is a full, complete, and true record of proceedings.
6           I further certify that I am not of counsel or attorney for either or any of the parties in the
7   foregoing proceeding and caption named or in any way
8   interested in the outcome of the cause in said
9   caption.
10          The dismantling, unsealing, or unbinding
11  of the original transcript will render the
12  reporter's certificates null and void.
13          In witness whereof, I have hereunto set my
14  hand this day:
15  _____ Reading and Signing was requested.
16  _____ Reading and Signing was waived.
17  ___x___ Reading and Signing was not requested.
18
19
            *Kathleen A. Wilkins* (signature)
20          _____
21          KATHLEEN A. WILKINS
22          CSR 10068, RPR-RMR-CRR-CCRR-CLR-CRC

**EXHIBIT 60**