# EXHIBIT 64

```
                UNITED STATES DISTRICT COURT

                CENTRAL DISTRICT OF CALIFORNIA

                         --o0o--

HIGHMARK DIGITAL, INC., a
California corporation,

           Plaintiff,

vs.                                  Case No. 2:18-cv-06105-SJO-AS

CASABLANCA DESIGN CENTERS, INC.,
a California corporation; FOUR
SEASONS WINDOWS, INC., a
California corporation; INTERIOR
DOOR & CLOSET COMPANY, an
unincorporated California
company; ONE DAY DOORS & CLOSETS,
INC., a California corporation;
and DAVID WINTER, an individual,

           Defendants.
_____/



                       DEPOSITION OF
                     JOSEPH FALLON, PMQ
                WEDNESDAY, SEPTEMBER 25, 2019
                  PERSONAL AND CONFIDENTIAL


Reported by:
MELISSA LYNN HILL, CSR No. 9613
Job No:  4264RP8
```

**EXHIBIT 64**

```
 1                         APPEARANCES
 2  For the Plaintiff:
 3       KNOBBE MARTENS
 4       BY:  THOMAS P. KRZEMINSKI, ATTORNEY AT LAW
 5       2040 Main Street, 14th Floor
 6       Irvine, California  92614
 7       949.760.0404
 8       tpk@kmob.com
 9
10  For the Defendants:
11       PORTER SCOTT
12       BY:  MARTIN JENSEN, ATTORNEY AT LAW
13       350 University Avenue, Suite 200
14       Sacramento, California  95825
15       916.929.1481
16       mjensen@porterscott.com
17
18  Also Present:
19       DAVID WINTER
20
21
22
23
24
25
```

**EXHIBIT 64**

2

```
 1                              INDEX

 2                                                              PAGE

 3  Examination by

 4  MR. JENSEN                                                     5

 5

 6

 7

 8                         INDEX OF EXHIBITS

 9              Deposition of JOSEPH FALLON, PMQ

10                  Wednesday, September 25, 2019

11  EXHIBIT                                                     PAGE

12  Exhibit 36    Witness' Changes or Corrections                  6
                  from 2/1/19 deposition transcript -
13                2 pages

14  Exhibit 37    12-1-16 and 12-2-16 e-mail chain                27
                  between Joe Fallon and Richard
15                Matulia - 2 pages

16

17

18

19

20

21

22

23

24

25
```

**EXHIBIT 64**

3

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                         --oOo--

 4  HIGHMARK DIGITAL, INC., a
    California corporation,
 5
                  Plaintiff,
 6
    vs.                              Case No. 2:18-cv-06105-SJO-AS
 7
    CASABLANCA DESIGN CENTERS, INC.,
 8  a California corporation; FOUR
    SEASONS WINDOWS, INC., a
 9  California corporation; INTERIOR
    DOOR & CLOSET COMPANY, an
10  unincorporated California
    company; ONE DAY DOORS & CLOSETS,
11  INC., a California corporation;
    and DAVID WINTER, an individual,
12
                  Defendants.
13  _____/

14           BE IT REMEMBERED that on WEDNESDAY, September 25,

15  2019, commencing at the hour of 2:13 p.m. at PORTER SCOTT,

16  350 University Avenue, Suite 200, Sacramento, California,

17  before me, Melissa Lynn Hill, a Certified Shorthand

18  Reporter in and for the State of California, personally

19  appeared

20

21                  JOSEPH FALLON, PMQ,

22

23  called as a witness herein, and after having been first

24  duly sworn to tell the truth, the whole truth, and nothing

25  but the truth, was examined and testified as follows:
```

**EXHIBIT 64**

4

```
 1  Q.        BY MR. JENSEN:  Okay.  So you created software
 2  that provided the same functionality as CADCode after
 3  Mr. Winter departed.
 4  A.        I would say that's an incorrect statement.  I did
 5  not create software that had the same functionality as
 6  CADCode.
 7  Q.        Okay.  Did you create software that its output
 8  resulted in a HOP file after -- after Mr. Winter left
 9  HighMark?
10  A.        I did create software that outputs a HOP file.
11  Q.        Okay.  Do you know if -- do you know who Mike
12  McElroy is?
13  A.        I've met him, yes.
14  Q.        Okay.  Do you know Mike McElroy used software
15  known as the Geometry Interpreter in a competing business
16  at the same time HighMark was using the Geometry
17  Interpreter?
18  A.        I don't know anything about his other businesses.
19  Q.        Okay.  So you don't know what type of software
20  Mr. McElroy was using in his interior door replacement
21  company?
22  A.        I don't.
23  Q.        You never were told that by anyone?
24  A.        I thought he used ours and then retired.
25  Q.        Okay.  When you say "used ours," what do you mean
```

**EXHIBIT 64**

22

CONFIDENTIAL - Joseph Fallon, PMQ                    09/25/2019

1                    CERTIFICATE OF REPORTER

2

3          I, MELISSA LYNN HILL, a duly licensed Certified
4    Shorthand Reporter of the State of California, hereby
5    certify that the witness in the foregoing deposition was
6    by me duly sworn;

7          That said testimony was taken down in
8    stenographic shorthand by me, a disinterested person, at
9    the time and place therein stated and was thereafter
10   reduced to typewriting and that the testimony as
11   transcribed is a true record of the testimony given by
12   the witness;

13         That before completion of the deposition,
14   review of the transcript [ ] was [X] was not requested.
15   If requested, any changes made by the deponent (and
16   provided to the reporter) during the period allowed are
17   appended hereto.

18         I further certify that I am not of counsel
19   or attorney for either or any of the parties to the said
20   deposition, nor in any way interested in the outcome of
21   this cause.

22         DATED this 9th day of October, 2019.

23         *[signature: Melissa Lynn Hill]*
24   ---------------------------------------
           MELISSA LYNN HILL, CSR 9613
25
                     **EXHIBIT 64**

57