Michael Friedland (State Bar No. 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (State Bar No. 213,714)
2tpk@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HIGHMARK DIGITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>Defendants. | CASE NO. 2:18-cv-06105-SJO-AS<br><br>**DECLARATION OF DEREK HUISJEN IN SUPPORT OF PLAINTIFF HIGHMARK DIGITAL, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY**<br><br>**Hon. S. James Otero**<br>**Magistrate Judge Alka Sagar**<br><br>**Date: February 18, 2020**<br>**Time: 10:00 a.m.**<br>**Judge: S. James Otero**<br>**Location: Courtroom 10C**<br><br>**Discovery Cutoff: 9/30/2019**<br>**Pre-Trial Conference: 6/1/2020**<br>**Trial Date: 6/9/2020** |

I, Derek Huisjen, hereby declare:

1. I have been retained as a technical expert for HIGHMARK DIGITAL, INC. (hereinafter "HighMark") in this action. I have personal knowledge of the matters set forth in this Declaration and, if called upon as a witness, would testify competently thereto.

2. I submit this Declaration pursuant to Local Rule 7 in support of Plaintiff HighMark's Opposition to Defendants' Motion to Exclude Expert Testimony.

3. Attached to my Declaration in Support of Plaintiff HighMark's Motion for Summary Judgment or Partial Summary Judgment filed December 20, 2019 (Docket No. [148-3]) as **Exhibit 9** is a true and correct copy of my expert report dated October 16, 2019.

4. Section VII.D of that report describes background information provided by counsel. In that section, the sentence beginning on page 12, line 25 states that "[o]ne of the Defendants' sites generated HOP files through February 4, 2016 and then resumed on February 23, 2016." It is my understanding that counsel has withdrawn that assumption. As such, I am no longer relying upon that assumption in this case. Nonetheless, this change does not affect the ultimate opinions I express in my opening expert report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 28, 2020 at San Jose, California.

*/s/ Derek Huisjen*
Derek Huisjen

-1-