Michael Friedland (State Bar No. 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (State Bar No. 213,714)
2tpk@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HIGHMARK DIGITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>　　　　　　　　　Defendants. | CASE NO.  2:18-cv-06105-SJO-AS<br><br>**PLAINTIFF HIGHMARK DIGITAL, INC.'S APPLICATION FOR LEAVE TO FILE EXHIBITS 1-2 & 5 AND REDACTED PORTIONS OF EXHIBIT 3 IN SUPPORT OF MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT DON VILFER UNDER SEAL**<br><br>**Hon. S. James Otero**<br>**Magistrate Judge Alka Sagar**<br><br>**Date: March 16, 2020**<br>**Time: 10:00 a.m.**<br>**Judge: S. James Otero**<br>**Location: Courtroom 10C**<br><br>**Discovery Cutoff: 9/30/2019**<br>**Pre-Trial Conference: 6/1/2020**<br>**Trial Date: 6/09/2020** |

Pursuant to Local Rule 79-5.2.2(a), Plaintiff HighMark Digital, Inc. ("HighMark") respectfully seeks leave to file under seal the following exhibits, which are believed to be confidential pursuant to the Protective Order.

1. **Exhibit 1** is Defendants' Expert Witness Don Vilfer's Opening Expert Report dated October 16, 2019.

2. **Exhibit 2** is Defendants' Expert Witness Don Vilfer's Responsive Expert Report dated November 15, 2019.

3. **Exhibit 3** are excerpts, portions of which are redacted, from the deposition transcript of Donald Vilfer dated January 16, 2020.

4. **Exhibit 5** is correspondence from Steve Robles of Califorensics to Richard Matulia dated August 7, 2015.

HighMark tried but was unable to meet and confer with Defendants regarding the confidentiality of the exhibits attached hereto prior to the filing. HighMark will meet and confer with the Defendants regarding the confidentiality of these exhibits as soon as possible. After meeting and conferring, if the parties agree that certain exhibits can be filed publicly, the parties will promptly inform the court.

Upon information and belief, the information that the parties maintain as confidential is kept in the ordinary course of business, and should not be released to the public.

Accordingly, HighMark respectfully requests that it be granted leave to file Exhibits 1 and 2 & 5 and the redacted portions of Exhibit 3 to the Declaration of Thomas P. Krzeminski in support of HighMark's Motion to Exclude Defendants' Expert Witness Don Vilfer.

/ / /

/ / /

/ / /

| | |
|---|---|
| | Respectfully submitted, |
| | |
| | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: February 7, 2020 | By: *Thomas P. Krzeminski* |
| | Michael K. Friedland |
| | Thomas P. Krzeminski |
| | |
| | *Attorneys for Plaintiff,* |
| | HIGHMARK DIGITAL, INC. |