FILED
CLERK, U.S. DISTRICT COURT
April 2, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Transfer of Cases from the Calendar<br><br>of<br><br>Judge S. JAMES OTERO | ORDER OF THE CHIEF JUDGE<br><br>20-051 |

IT IS ORDERED, with the concurrence of the Case Management and Assignment Committee, that the following cases be reassigned from the calendar of Judge S. James Otero to the calendar of Judge George H. Wu for all further proceedings:

| | |
|---|---|
| 2:18-cv-06105-SJO-ASx: | Highmark Digital, Inc. v. Casablanca Design Centers, Inc., et al. |
| 2:18-cv-10545-SJO-JEMx: | Chia-Ling Huang v. Lowes Home Center, LLC, et al. |
| 2:19-cv-06262-SJO-JEMx: | Dae Sung Hi Tech. Co. Ltd., et al. v. Trendy Cooks, et al. |
| 2:19-cv-09987-SJO-JEMx: | SRK Engineering Inc., et al. v. John Babcock, et al. |
| 5:17-cv-01021-SJO-AJWx: | Gina Taylor v. Wal Mart Associates Inc. et al. |
| 5:19-cv-02462-SJO-KESx: | Free-Free Industrial Corporation, et al. v. First Design Global |
| 2:14-cr-00338-SJO-42 | USA v. Erskin Carter, (42) |
| 2:14-cr-00523-SJO: | USA v. *SEALED* |

Dated: April 2, 2020

_____
Chief Judge Virginia A. Phillips