| | |
|---|---|
| Michael K. Friedland (SBN 157,217) | Martin N. Jensen (SBN 232,231) |
| michael.friedland@knobbe.com | mjensen@porterscott.com |
| Thomas P. Krzeminski (SBN 213,714) | Jeffrey A. Nordlander (SBN 308,929) |
| 2tpk@knobbe.com | jnordlander@porterscott.com |
| **KNOBBE, MARTENS, OLSON & BEAR, LLP** | **PORTER SCOTT A PROFESSIONAL CORPORATION** |
| 2040 Main Street, 14th Floor | 350 University Avenue, Suite 200 |
| Irvine, CA 92614 | Sacramento, CA 95825 |
| Telephone: (949) 760-0404 | Telephone: (916) 929-1481 |
| Facsimile: (949) 760-9502 | Facsimile: (916) 927-3706 |
| Attorneys for Plaintiff | Attorneys for Defendants |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>Defendants. | CASE NO. 2:18-cv-06105-GW-ASx<br><br>**JOINT STIPULATION TO MODIFY THE SCHEDULING ORDER**<br><br>**Hon. George H. Wu**<br>**Magistrate Judge Alka Sagar**<br><br>**Pre-Trial Conf.: May 28, 2020**<br>**Trial: June 9, 2020** |

1 In accordance with Judge Wu's Standing Orders and pursuant to Local Rule 7-1, Counsel for Plaintiff Highmark Digital, Inc. ("HighMark") and Counsel for Defendants Casablanca Design Centers, Inc., Four Seasons Windows, Inc., Interior Door & Closet Company, One Day Doors and Closets, Inc., David Winter and One Day Enterprises, LLC (collectively "Defendants") jointly request an Order modifying the Court's Scheduling Order, ECF No. 81, as amended by ECF No. 204 (setting the pretrial conference for May 28, 2020 and confirming the jury trial will begin on June 9, 2020).

On Tuesday, April 14, 2020, the parties met and conferred regarding a proposed modification to the current schedule. Nordlander Decl., ¶ 2. The schedule modification is warranted due to the ongoing coronavirus outbreak. In response to the outbreak, the State has issued a "stay-at-home" Order for all non-essential workers (*see* Cal. Executive Order N-33-20, as extended by L.A. County Department of Public Health Order of April 10, 2020), which is severely frustrating counsel's ability to prepare for trial. *Id*.

In addition, counsel for Defendants are currently in-trial in another matter. Specifically, counsel for Defendants, Martin N. Jensen and Jeffrey A. Nordlander, commenced an estimated 15 court-day trial on March 10, 2020, in Placer County Superior Court, Case No. SCV0040825 ("State Court Matter"). Nordlander Decl., ¶ 3. On March 16, 2020, after four days of trial, the State Court continued trial in the State Court Matter until it may resume consistent with applicable public-health restrictions. *Id*. Given the present outlook, counsel for Defendants may be recalled to the State Court Matter in late May or early June, which would severely impact defense counsel's ability to prepare for or even attend the scheduled June 9, 2020, trial date in this case. *Id*.

Further, the parties recently discussed re-opening settlement discussions if the Court approves the parties' proposed schedule modification. Nordlander Decl., ¶ 4. Although the parties were unable to settle their dispute at the February

27, 2020 Mandatory Settlement Conference, counsel for both sides remain interested in working towards a settlement.  The parties believe a two-month continuance of all pretrial deadlines and the trial date would allow the parties time to continue their settlement discussions prior to expending substantial time and resources preparing for trial. *Id*.  A two-month continuance of all pretrial deadlines and the trial date, thus, would improve the prospect of settlement, which would promote judicial economy and conserve the parties' limited resources.

For the foregoing reasons, **the parties hereby jointly request a two-month extension of all pending pretrial and trial dates**.

The Declaration of Jeffrey A. Nordlander in Support of the Joint Stipulation to Modify the Scheduling Order, and a Proposed Order are submitted herewith.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 20, 2020      By: */s/ Thomas P. Krzeminski*
        Michael K. Friedland
        Thomas P. Krzeminski

*Attorneys for Plaintiff,*
HIGHMARK DIGITAL, INC.

PORTER SCOTT

Dated: April 20, 2020      By: */s/ Jeffrey A. Nordlander*
        Martin N. Jensen
        Jeffrey A. Nordlander

*Attorneys for Defendants,*
CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., INTERIOR DOOR & CLOSET COMPANY, ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, AND ONE DAY ENTERPRISES, LLC

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document and related Declarations have been obtained from all signatories above.

Dated: April 20, 2020     By: */s/ Thomas P. Krzeminski*
                                        Thomas P. Krzeminski