**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, (SBN 232231)
mjensen@porterscott.com
Joceline M. Herman, (SBN 310897)
jherman@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendants
CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, AND ONE DAY ENTERPRISES, LLC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company, <br><br> Defendants. | CASE NO. CV 18-6105-GW-ASx <br><br> **ORDER GRANTING APPLICATION FOR LEAVE OF MARTIN N. JENSEN AND JOCELINE M. HERMAN TO APPEAR TELEPHONICALLY AT FINAL PRE-TRIAL CONFERENCE** <br><br> **Date:** September 9, 2021 <br> **Time:** 8:30 a.m. <br> **Courtroom:** 9D <br><br> **Hon. George H. Wu** <br> **Magistrate Judge Alka Sagar** <br><br> **Pre-Trial Conf.:** September 9, 2021 <br> **Trial:** September 21, 2021 |

{02491633.DOCX}                                                      1
[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO APPEAR
TELEPHONICALLY AT FINAL PRE-TRIAL CONFERENCE

Having considered Martin N. Jensen and Joceline M. Herman, Counsel for Defendants, CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, and ONE DAY ENTERPRISES, LLC's application for leave to appear telephonically at the final Pre-Trial Conference scheduled to be heard on September 9, 2021, at 8:30 a.m. in Courtroom 9D before the Honorable George H. Wu, and the Court having determined good cause thereon.

**IT IS HEREBY ORDERED**:

Martin N. Jensen and Joceline M. Herman, Counsel for Defendants, CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, and ONE DAY ENTERPRISES, LLC'S application for leave to appear by telephone at the Pre-Trial Conference is **GRANTED**.

Dated: September 2, 2021          By: _____
                                      HON. GEORGE H. WU,
                                      United States District Judge