Michael K. Friedland (SBN 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (SBN 213,714)
2tpk@knobbe.com
**KNOBBE, MARTENS, OLSON
 & BEAR, LLP**
2040 Main Street, 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff

Martin N. Jensen (SBN 232,231)
mjensen@porterscott.com
Joceline M. Herman (SBN 310,897)
jherman@porterscott.com
**PORTER SCOTT**
**A PROFESSIONAL CORPORATION**
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 929-1481
Facsimile: (916) 927-3706

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>                    Defendants. | CASE NO.  2:18-cv-06105-GW-ASx<br><br>**JOINT EXHIBIT LIST**<br><br>**Hon. George H. Wu**<br>**Magistrate Judge Alka Sagar**<br><br>**Pre-Trial Conf.:  September 9, 2021**<br>**Trial:  September 21, 2021** |

Plaintiff Highmark Digital, Inc. ("HighMark") and Counsel for Defendants Casablanca Design Centers, Inc., Four Seasons Windows, Inc., Interior Door & Closet Company, One Day Doors and Closets, Inc., David Winter and One Day Enterprises, LLC (collectively "Defendants") hereby submit the attached Joint Exhibit List to introduce evidence at trial presently scheduled to commence on Monday, September 20, 2021.

The parties reserve the right to use the Exhibits listed or to introduce complete copies of any of the documents listed. The parties further reserve the right to supplement the Exhibit list with documents produced pursuant to any trial subpoena.

The parties reserve the right to enlarge Exhibits identified on the Exhibit list of either party or otherwise admitted at trial and may highlight certain portions of the language or otherwise feature that language to facilitate the presentation and understanding of the evidence. The parties further reserve the right to enlarge or portray graphically any deposition testimony that has been designated or is otherwise admissible.

The parties reserve the right to use at trial certain demonstratives and graphics that will be used solely for illustrative purposes and that it will not seek to admit into evidence. The parties further reserve the right to use large drawing pads for illustrative purposes and other aides to facilitate the presentation and understanding of the evidence. This list does not include all Exhibits that the parties may use at trial for the purposes of impeachment.

The parties reserve the right to use at trial any document (whether listed or not) for the purposes of impeachment, in accordance with Rule 26(a)(3) of the Federal Rules of Civil Procedure. *See also* Fed. R. Civ. P. 26 advisory committee's note ("By its terms, Rule 26(a)(3) does not require disclosure of evidence to be used solely for impeachment purposes . . ."). Finally, the fact that an Exhibit is listed on the Exhibit list is not an admission that the Exhibit

is relevant or otherwise admissible.

**SO STIPULATED TO AND AGREED:**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 3, 2021         By: */s/ Thomas P. Krzeminski*
                                         Michael K. Friedland
                                         Thomas P. Krzeminski

                                         *Attorneys for Plaintiff,*
                                         HIGHMARK DIGITAL, INC.

PORTER SCOTT

Dated: September 3, 2021         By: */s/ Martin N. Jensen*
                                         Martin N. Jensen
                                         Joceline M. Herman

                                         *Attorneys for Defendants,*
                                         CASABLANCA DESIGN CENTERS,
                                         INC., FOUR SEASONS WINDOWS, INC.,
                                         INTERIOR DOOR & CLOSET
                                         COMPANY, ONE DAY DOORS AND
                                         CLOSETS, INC., DAVID WINTER, AND
                                         ONE DAY ENTERPRISES, LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document and related Declarations have been obtained from all signatories above.


Dated:  September 3, 2021      By: */s/ Thomas P. Krzeminski*
                                     Thomas P. Krzeminski

**JOINT EXHIBIT LIST**

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **1.** | Plaintiff | Ex W Def MSJ | G. Johnson Dep. Exhibit 1 - 2012-04-17 One Day Doors and Closets, Inc. Articles of Incorporation (ODDC_000001-04) | | |
| **3.** | Plaintiff | Ex. V Def MSJ | G. Johnson Dep. Exhibit 3 - 2004-07-15 Four Season Windows, Inc.'s Articles of Incorporation (FS_000001-06) | | |
| **4.** | Plaintiff | M. MacGilvray Ex. 6; M. McElroy Ex. 19; Ex A DEF MSJ | G. Johnson Dep. Exhibit 4 - 2008-12-12 Master Agreement Between Highmark Digital Corporation and Four Season Windows, Inc. | | |
| **5.** | Plaintiff | | G. Johnson Dep. Exhibit 5 - 2014-07-14 Letter from Glenn Johnson and Dairl Johnson to Dave Winter | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **6.** | Plaintiff | | G. Johnson Dep. Exhibit 6 - 2015-07-14 Email from Dave Winter to Glenn Johnson re Letter of Intent | | |
| **7.** | Plaintiff | | G. Johnson Dep. Exhibit 7 - Undated Letter from Glenn Johnson to Dave Winter | | |
| **8.** | Plaintiff | | G. Johnson Dep. Exhibit 8 - 2015-06-09 Email from Dave Winter to Glenn Johnson re Confidentiality | | |
| **9.** | Plaintiff | | G. Johnson Dep. Exhibit 9 - 2019-01-29 Casablanca Design's 2016 Profit and Loss Statement for Period 01-2015 through 12-2015 (CDC_000009-31) | | |
| **12.** | Plaintiff | M. MacGilvray Ex. 1; R. Matulia Ex. 34 | D. Johnson Dep. Exhibit 12 - 2011-09-30 Email from Marc Pustjens to Mike MacGilvray re Programming the Machine with German Contact | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 13. | Plaintiff | | D. Johnson Dep. Exhibit 13 - 2015-09-28 Secretary of State Statement of Information (CDC_000002-03) | | |
| 14. | Plaintiff | M. MacGilvray Ex. 3 | D. Johnson Dep. Exhibit 14 - 2011-11-10 Email from, Jacob Hasseler to Marc Pustjens re Ken McBride to Install at Casablanca | | |
| 15. | Plaintiff | M. MacGilvray Ex. 5  15 | D. Johnson Dep. Exhibit 15 - 2011-11-17 Email from Rene Teune from Dairl Johnson re Install Proliner Door | | |
| 16. | Plaintiff | M. MacGilvray Ex. 7  16 | D. Johnson Dep. Exhibit 16 - 2012-02-21 Email from Ken McBride to Dairl Johnson re No Response to Email Concerning Current Contract | | |
| 17. | Plaintiff | M. MacGilvray Ex. 4 | D. Johnson Dep. Exhibit 17 - 2012-08-20 Email from Rene Teune to Dairl Johnson re Proliner Data | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **18.** | Plaintiff | | D. Johnson Dep. Exhibit 18 - 2012-11-30 Email from Jacob Hesseler to Dairl Johnson re Purchase of New Device | | |
| **19.** | Plaintiff | | D. Johnson Dep. Exhibit 19 - 2016-01-29 Email from Marc Pustjens to Dairl Johnson re Prodim Proliner Measurements | | |
| **20.** | Plaintiff | R. Matulia Ex. 7 | Winter Dep. Exhibit 20 - 2007-03-01 Employee Nondisclosure, Assignment and Non-Solicitation Agreement | | |
| **21.** | Plaintiff | | Winter Dep. Exhibit 21 - 2015-08-04 Email from Richard Matulia to Dave Winter re Update on Separation Letter | | |
| **22.** | Plaintiff | | Winter Dep. Exhibit 22 - 2015-06-06 Email from Dairl Johnson to Dave Winter attaching NDA | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 23. | Plaintiff | | Winter Dep. Exhibit 23 - 2015-07-09 Email from Dave Winter to Glenn Johnson re One Day Doors and Closets | | |
| 24. | Plaintiff | | Winter Dep. Exhibit 24 - 2015-07-23 Email from Dave Winter to Dairl Johnson re Action Items | | |
| 26. | Plaintiff | | McElroy Dep. Exhibit 26 - 2007-01-02 Dealer Agreement between Podium and Mike McElroy (HMDI.0001408-29) | | |
| 27 | Plaintiff | | McElroy Dep. Exhibit 27 - 2008-06-23 Letter from McElroy to Reardon re Position by your Actions Prior to Leaving HighMark (HMDI.0000666) | | |
| 28. | Plaintiff | | McElroy Dep. Exhibit 28 - 2015-01-27 Consulting Agreement between HighMark Digital and Mike McElroy (HMDI.0001370-74) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 29. | Plaintiff | | McElroy Dep. Exhibit 29 - 2018-05-05 Email from Harris to Matulia re Meeting with Wendy Wohl (HMDI.0006060) | | |
| 30. | Plaintiff | | MacGilvray Dep. Exhibits 8 - 4 Pages of Source Code | | |
| 31. | Plaintiff | | Vilfer Dep. Exhibit 01 - HOP File (HMDI0001614) | | |
| 32. | Plaintiff | | Vilfer Dep. Exhibit 02 - HOP File Given by On Day Enterprises | | |
| 33. | Plaintiff | | Vilfer Dep. Exhibit 03 - 7-28-2015 Email from Sharon Battaglia to HighMark re Engagement Letter | | |
| 34. | Plaintiff | | Vilfer Dep. Exhibit 04 - 7-28-2015 Letter from Califorensics to Matulia re Data Recovery | | |
| 35. | Plaintiff | | Vilfer Dep. Exhibit 05 - 8-7-2015 Email from Robles to Matulia Attaching Summary Report | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **36.** | Plaintiff | | Vilfer Dep. Exhibit 06 - 8-7-2015 Letter from Califorensics to Matulia re MacBook Pro Hard Drive Recovery | | |
| **37.** | Plaintiff | | Vilfer Dep. Exhibit 07 - 1-17-2018 ACFE Code of Professional Standards | | |
| **38.** | Plaintiff | | Vilfer Dep. Exhibit 09 - 1-16-2020 LexisNexis Comprehensive Report on Matthew Miller | | |
| **39.** | Defendants | | Fallon Dep. Exhibit 04 - Prodim Brochure | | |
| **40.** | Defendants | | Matulia Dep. Exhibit 06 - 2010-08-26 Letter Agreement between Winter and McElroy (DEF_000172-73) | | |
| **41.** | Defendants | Winter Ex B- OPP to P MSJ; Winter Ex B- MSJ | Matulia Dep. Exhibit 08 - 2015-07-16 Letter from Winter to Matulia re Resignation from Employment (DEF_000180-81) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 42. | Defendants | | Matulia Dep. Exhibit 09 - 2015-07-17 Email from Matulia to Winter re Exit Review and Logistics and Final Pay Check (DW_000029) | | |
| 43. | Defendants | | Matulia Dep. Exhibit 10 - 2015-07-22 Letter from Winter to Matulia re Negative Reaction to Winter's Resignation (DW_000038-42) | | |
| 44. | Defendants | T. Mendonca Ex. 23; K. Gabales Ex. 27 | Matulia Dep. Exhibit 11 - 2015-07-17 Wells Fargo Email to Winter re Update of Contact and Credential Information (DW_000101-105) | | |
| 45. | Defendants | K. Gabales Ex. 26 | Matulia Dep. Exhibit 12 - 2015-07-17 Facebook Email to Winter re Notification of Reset of Password (DW_000106-115) | | |

-8-

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **46.** | Defendants | | Matulia Dep. Exhibit 13 - 2016-07-18 California Superior Court, Labor Commissioner, Request for Entry of Judgment (DEF_000200-224) | | |
| **47.** | Defendants | | Matulia Dep. Exhibit 14 - 2018-08-28 Letter from Matulia to IDCC re One Day Door re Notification of Central Lawsuit 19-CV-6105-SJO (DEF_000228) | | |
| **48.** | Defendants | R. Matulia Ex. 30<br><br>Ex. M Def MSJ | McElroy Dep. Exhibit 16 - 2007-01-19 HighMark Digital, Inc.'s Articles of Incorporation | | |
| **49.** | Defendants | R. Matulia Ex. 31 | McElroy Dep. Exhibit 17 - 2007-01-04 Software Development Agreement between MetalWorks and McElroy HMDI.0001336-44) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 50. | Defendants | | McElroy Dep. Exhibit 26 - 2007-01-02 Dealer Agreement between Podium and Mike McElroy (HMDI.0001408-29) | | |
| 51. | Defendants | | McElroy Dep. Exhibit 27 - 2008-06-23 Letter from McElroy to Reardon re Position by Actions Prior to Leaving HighMark (HMDI.0000666) | | |
| 52. | Defendants | | McElroy Dep. Exhibit 28 - 2015-01-27 Consulting Agreement between HighMark Digital and Mike McElroy (HMDI.0001370-74) | | |
| 53. | Defendants | | McElroy Dep. Exhibit 29 - 2018-05-05 Email from Harris to Matulia re Meeting with Wendy Wohl (HMDI.0006060) | | |
| 54. | Defendants | | Matulia Dep. Exhibit 29 - 2007-01-04 Non-Binding Letter of Intent from MetalWorks to Mike McElroy and David Winter | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **55.** | Defendants | | Matulia Dep. Exhibit 32 - Gmail to Joseph Fallon re One Day Doors Secret Recording Sales Call | | |
| **56.** | Defendants | | Matulia Dep. Exhibit 33 - Email from Lester Eversen to Richard Matulia re CCSI CADCode Systems | | |
| **57.** | Defendants | | Matulia Dep. Exhibit 35 - Email from Matulia to Katz re Winter's Wells Fargo Accounts-Screenshots | | |
| **58.** | Defendants | | Fallon Dep. Exhibit 37 - Email from Joe Fallon to Richard Matulia re HighMark's Chief Technology Officer | | |
| **59.** | Defendants | | Huisjen Dep. Exhibit C - Huisjen Invoice to Highmark  dated 11-24-2019 (HMDI.0006801) | | |

-11-

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **60.** | Defendants | | Huisjen Dep. Exhibit D - Email from Krzeminski to Huisjen re Attaching HOP Files from HighMark (HMDI.0006760) | | |
| **61.** | Defendants | | Huisjen Dep. Exhibit E - Email from Peter Tong to Huisjen re HOP Additional Material (HMDI.0006774) | | |
| **62.** | Defendants | | Huisjen Dep. Exhibit F - Jeld Wen Windows & Doors Replacement Program Brochure | | |
| **63.** | Defendants | | Huisjen Dep. Exhibit H - HOP Source Code (3 pages) | | |
| **64.** | Defendants | | Huisjen Dep. Exhibit I - HOP Source Code (1 page) | | |
| **65.** | Defendants | | 2020-01-14 Huisjen Dep. Exhibit K - Gmail from Matulia to Ambruz re Need Better Sales-Marketing Plan (HMDI.0006704) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 66. | Defendants | Winter Ex D- OPP to P MSJ; Winter Ex D- MSJ | Huisjen Dep. Exhibit L - Alert Email from Wells Fargo to Winter re Update of Contact Information (DEF 000196) | | |
| 67. | Defendants | Winter Ex E-OPP to P MSJ Winter Ex E-MSJ | Huisjen Dep. Exhibit M - Facebook Alert re Request for New Password | | |
| 68. | Defendants | | Huisjen Dep. Exhibit N - Email from Mendonca to Eversen and Winter re Overdue Payment for CADCode Support Subscription | | |
| 69. | Defendants | | Huisjen Dep. Exhibit O - Message from Fallon to Brown re Overview of Details for HOP File System | | |
| 70. | Defendants | | Huisjen Dep. Exhibit P - Email from Matulia to Eversen re CADCode Door Processing for HighMark | | |
| 71. | Defendants | | Huisjen Dep. Exhibit Q. - Email from Eversen to Matulia re Server Issues to Resolve | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 72. | Defendants | | Huisjen Dep. Exhibit R - Email from Fallon to Matulia re Problems with Correlating Data in HOP System | | |
| 73. | Defendants | | Huisjen Dep. Exhibit T - Request for Entry of Judgment in Superior Court Matter 08-76615 CM | | |
| 74. | Plaintiff | | 2018-11-21 Highmark Digital Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) | | |
| 75. | Defendants | | 2018-11-21 Defendants' Rule 26(a)(1)(A) Initial Disclosure | | |
| 76. | Defendants | | 2018-12-13 Defendants' Supplemental Rule 26(e) Initial Disclosures | | |
| 77. | Plaintiff | | 2018-12-14 Highmark Digital Inc.'s Supplemental Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **78.** | Defendants | | 2019-06-28 One Day Enterprises, LLC's Rule 26(f) Initial Disclosures | | |
| **79.** | Defendants | | 2020-08-11 Defendants' Supplemental Rule 26 Initial Disclosure | | |
| **80.** | Defendants | | 2019-11-08 [132-03] Exhibit A - Prodim USA Quote for Installation of SoftHOLZ [DEF_000229] | | |
| **81.** | Defendants | | 2019-11-08 [132-03] Exhibit B - Email from HighMark to Dairl Johnson re Payment Receipt for One-Cut Service [DEF 000171] | | |
| **82.** | Plaintiff | | 2019-11-25 [134-09] Exhibit A – Excerpts from 2019-08-13 Deposition of Michael McElroy | | |
| **83.** | Plaintiff | | 2019-11-25 [134-10] Exhibit B – Excerpts from 2019-03-20 Deposition of David Winter | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 84. | Plaintiff | | 2019-11-25 [134-11] Exhibit C – Excerpts from 2019-03-19 Deposition of Dairl Johnson | | |
| 85. | Plaintiff | | 2019-11-25 [134-12] Exhibit D – Excerpts from 2019-03-22 Deposition of Richard Matulia | | |
| 86. | Plaintiff | | 2019-11-25 [134-13] Exhibit E – Excerpts from 2019-08-27 Deposition of Michael MacGilvary, Jr. | | |
| 87. | Plaintiff | | 2019-11-25 [134-14] Exhibit F – Excerpts from 2019-03-18 Deposition of Adam Matsumura | | |
| 88. | Plaintiff | | 2019-11-25 [134-15] Exhibit G – Excerpts from 2019-10-16 Opening Expert Report of Derek Huisjen | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 89. | Plaintiff | | 2019-11-25 [134-16] Exhibit H - 2011-09-30 Email from Pustjen to MacGilvary re Contact Holzher for More Specifications | | |
| 90. | Plaintiff | | 2019-11-25 [134-17] Exhibit I - 2011-09-30 Email from Teune to Dairl Johnson re Error Installations of Proliner Door | | |
| 91. | Plaintiff | | 2019-11-25 [134-18] Exhibit J - 2019-01-31 Email from Ganzon to Friedland re Service of Winter and Casablanca's Amended Responses to Request for Production, Sets 1 and 2 with Production | | |
| 92. | Plaintiff | | 2019-11-25 [134-19] Exhibit K – Casablanca's 2015 Statement of Information filed with California Secretary of State (CDC_00002-4)(ODE_ 00002) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 93. | Plaintiff | | 2019-11-25 [134-04] Exhibit L - 2019-12-02 Email from Fallon to Matulia re Ned Brown's Contact Information | | |
| 94. | Plaintiff | | 2019-11-25 [134-20] Exhibit M – 2015-06-06 Email from D. Johnson to Winter Attaching Lined Draft Nondisclosure Agreement | | |
| 95. | Plaintiff | | 2019-11-25 [134-21] Exhibit N - Letter from G. Johnson to Winter re Employment Negotiations | | |
| 96. | Plaintiff | | 2019-11-25 [134-05] Exhibit O – 2015-08-07 Califorensics' Computer Forensics Summary for MacBook Pro Deletion Analysis | | |
| 97. | Plaintiff | | 2019-11-25 [134-06] Exhibit P - 2016-02-05 Email from Mendonca to Everson re Payment for CADCode Support Subscription | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 98. | Plaintiff | | 2019-11-25 [134-22] Exhibit Q - 2015-07-19 Email from Winter to G. Johnson re Employment Proposal and Offer | | |
| 99. | Plaintiff | | 2019-11-25 [134-07] Exhibit R - Audio Transcript of HighMark Call | | |
| 100. | Defendants | | 2019-12-02 [135-04] Exhibit O – 2016-12-02 Email from Fallon to Matulia re Contact Information for Ned Brown | | |
| 101. | Plaintiff | | 2019-12-19 [145-01] Exhibit 01 - 2019-10-16 Expert Opinion of David S. Hanson, CPA (Confidential) | | |
| 102. | Plaintiff | | 2019-12-19 [145-02] Exhibit 02 – 2017-01-04 Email from Eversen to Matulia re Invoice for CADCode Systems [HMDI.0001193-1195] (Confidential) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 103. | Plaintiff | | 2019-12-19 [145-03] Exhibit 03 – 2007-01-04 Software Development Agreement between MetalWorks LLC and Mike McElroy and David Winter [HMDI.0001336-1345] | | |
| 104. | Plaintiff | | 2019-12-19 [145-04] Exhibit 04 – 2008-10-15 Facsimile from Eversen to Winter re New Letter of Intent [HMDI.0001350-1354] | | |
| 105. | Plaintiff | | 2019-12-19 [145-05] Exhibit 05 – Draft VAR Software Licensing Agreement [HMDI.0001448-1467] | | |
| 106. | Plaintiff | | 2019-12-19 [145-06] Exhibit 06 – Source Code for Holzher Machine [HMDI.0001611] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 107. | Plaintiff | | 2019-12-19 [145-07] Exhibit 07 - 2019-02-01 [Highlighted] Excerpts from Deposition Transcript of Joseph Fallon (Confidential) | | |
| 108. | Plaintiff | | 2019-12-19 [145-08 to 145-13] Exhibit 08 - Compilation of Financial Information Referenced by Hanson (Confidential) | | |
| 109. | Plaintiff | | 2020-02-04 [175-01] Amended Exhibit 11 - Excerpts from 2019-08-13 Deposition of Mike McElroy | | |
| 110. | Plaintiff | | 202001-29 [170-02] Amended Exhibit 12 – Excerpts from 2019-03-20 Deposition Transcript of David Winter | | |
| 111. | Plaintiff | | 2019-12-20 [153-12] Exhibit 13 - Excerpts from 2019-03-19 Deposition of Dairl Johnson | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 112. | Plaintiff | | 2020-02-04 [175-2] Amended Exhibit 14 - Excerpts from 2019-03-22 Deposition of Richard Matulia | | |
| 113. | Plaintiff | | 2019-12-20 [153-14] Exhibit 15 - Excerpts from 2019-08-27 Deposition of Michael MacGilvray, Jr. | | |
| 114. | Plaintiff | | 2019-12-20 [153-15] Exhibit 16 - Excerpts from 2019-02-01 Deposition of Joseph Fallon | | |
| 115. | Plaintiff | | 2019-12-20 [153-16] Exhibit 17 - Excerpts from 2019-03-18 Deposition of Glenn Johnson | | |
| 116. | Plaintiff | | 2019-12-20 [153-17] Exhibit 18 - 2011-09-30 Email from Pustjens to MacGilvray re Contact with Holzher for More Specifications for Programming the Machine | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 117. | Plaintiff | | 2019-12-20 [153-18] Exhibit 19 - 2011-11-17 Email from Teune to Casablanca Design re Installation of Proliner Door | | |
| 118. | Plaintiff | | 2019-12-20 [153-20] Exhibit 21 - 2015-06-06 Email from Johnson to Winter attaching Non-Disclosure Agreement | | |
| 119. | Plaintiff | | 2019-12-20 [153-21] Exhibit 22 - 2016-02-05 Email from Mendonca to Eversen re Payment overdue - CADCode Support Subscription [HMDI .0000730-731] | | |
| 120. | Plaintiff | | 2019-12-20 [153-22] Exhibit 23 - 2016-12-02 Email from Everson to Matulia re Follow up on Phone Conversation and Email [HMDI .0000278-279] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 121. | Plaintiff | | 2019-12-20 [153-23] Exhibit 24 - Letter from Glenn Johnson to David Winter re Employment Negotiations | | |
| 122. | Plaintiff | | 2019-12-20 [153-24] Exhibit 25 - Letter from Glenn Johnson to David Winter re Employment Negotiations | | |
| 123. | Plaintiff | | 2019-12-20 [153-25] Exhibit 26 - 2015-07-02 Email from Dave Winter to Glenn Johnson re Appreciation of Employment Proposal and Signing Bonus Offer | | |
| 124. | Plaintiff | | 2019-12-20 [153-26] Exhibit 27 - 2007-01-19 Highmark's Articles of Incorporation | | |
| 125. | Plaintiff | | 2019-12-20 [153-27] Exhibit 28 - 2011-01-28 Highmark's Certificate of Amendment of Articles of Incorporation | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 126. | Plaintiff | | 2019-12-20 [153-28] Exhibit 29 - 2015-09-28 Casablanca Design's Statement of Information filed with California Secretary of State | | |
| 127. | Plaintiff | | 2019-12-20 [153-29] Exhibit 30 - 2015-01-07 Highmark's Certificate of Amendment of Articles of Incorporation | | |
| 128. | Plaintiff | | 2019-12-20 [153-30] Exhibit 31 - 2004-07-15 Four Season's Articles of Incorporation | | |
| 129. | Plaintiff | | 2019-12-20 [153-31] Exhibit 32 - 2008-01-29 Four Seasons Windows' Statement of Information filed with California Secretary of State | | |
| 130. | Plaintiff | | 2019-12-20 [153-32] Exhibit 33 - 2018-09-06 Four Seasons Windows' Statement of Information filed with California Secretary of State | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 131. | Plaintiff | | 2019-12-20 [153-33] Exhibit 34 - 2012-04-18 One Day Doors and Closets' Articles of Incorporation | | |
| 132. | Plaintiff | | 2019-12-20 [153-34] Exhibit 35 - 2014-08-22 One Day Doors and Closets' Statement of Information filed with California Secretary of State | | |
| 133. | Plaintiff | | 2019-12-20 [153-35] Exhibit 36 - 2018-02-06 One Day Doors and Closets' Statement of Information filed with California Secretary of State | | |
| 134. | Plaintiff | | 2019-12-20 [153-36] Exhibit 37 - 2010-11-22 Casablanca Design's Articles of Incorporation | | |
| 135. | Plaintiff | | 2019-12-20 [153-37] Exhibit 38 - 2015-09-28 Casablanca Design's Statement of Information filed with California Secretary of State | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---------|----------------|-----------------|-------------|--------------|---------------------------|
| 136. | Plaintiff | | 2019-12-20 [153-38] Exhibit 39 - 2019-01-16 Casablanca Design's Contractors State License Board | | |
| 137. | Plaintiff | | 2019-12-20 [153-39] Exhibit 40 - 2016-10-21 Paracorp's State of Delaware LLC Certificate of Information | | |
| 138. | Plaintiff | | 2019-12-20 [153-40] Exhibit 41 - 2016-10-21 One Day Enterprises' State of Delaware LLC Certificate of Formation | | |
| 139. | Plaintiff | | 2019-12-20 [153-41] Exhibit 42 - 2017-10-11 One Day Enterprises LLC Statement Information filed with California Secretary of State | | |
| 140. | Plaintiff | | 2019-12-20 [153-42] Exhibit 43 - 2007-03-01 Employee Nondisclosure, Assignment and Non-Solicitation Agreement | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 141. | Plaintiff | | 2019-12-20 [153-43] Exhibit 44 - 2009-01-13 Master Agreement between Highmark and Four Seasons Window, Inc. | | |
| 142. | Plaintiff | | 2019-12-20 [153-44] Exhibit 45 - 2019-12-20 Email from One Cut to D. Johnson re One Cut Invoice and Payment | | |
| 143. | Plaintiff | | 2019-12-20 [153-45] Exhibit 46 - 2011-11-10 Email from Hasseler to Pustjens re Address of Kenneth McBride | | |
| 144. | Plaintiff | | 2019-12-20 [153-46] Exhibit 47 - 2015-07-16 Letter from Winter to Matulia re Resignation from Employment with Highmark | | |
| 145. | Plaintiff | | 2019-12-20 [153-47] Exhibit 48 - 2015-05-22 Email from Matulia to Winter re Missing Hard Drive | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 146. | Plaintiff | | 2019-12-20 [153-48] Exhibit 49 - 2015-08-07 Computer Forensics Summary to Matulia from Robles | | |
| 147. | Plaintiff | | 2019-12-20 [153-49] Exhibit 50 - 2015-07-23 Email from Winter to D. Johnson re Action Items | | |
| 148. | Plaintiff | | 2019-12-20 [153-50] Exhibit 51 - 2019-12-18 Audio Transcript [HMDI0000003] | | |
| 149. | Plaintiff | | 2019-12-20 [153-51] Exhibit 52 - 2011-11-22 Email from Prodium to Dairl Johnson re Invoice from Prodium | | |
| 150. | Plaintiff | | 2019-12-20 [153-52] Exhibit 53 - 2013-01-28 Email from Prodium USA to Casablanca re Invoice 99-4600 from Prodium | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **151.** | Plaintiff | | 2019-12-20 [153-53] Exhibit 54 - 2015-10-27 Email from Matulia to Ambruz re Dave Winter's Cell Phone Record | | |
| **152.** | Plaintiff | | 2019-12-20 [153-54] Exhibit 55 - 2015-07-02 Text Message from to Highmark re Glenn Johnson will be Back for Conference | | |
| **153.** | Plaintiff | | 2019-12-20 [153-55] Exhibit 56 - 2016-02-05 Email from Mendonca to Everson re Payment Overdue - CADCode Support Subscription | | |
| **154.** | Plaintiff | | 2019-12-20 [153-56] Exhibit 57 - 2011-10-19 Bill from Prodium USA to Casablanca | | |
| **155.** | Plaintiff | | 2019-12-20 [183] Exhibit 58 – 01-28-2009 Email Tena Shepard to Dairl Johnson attaching Doc2 identifying IDDC as Four Seasons DBA [CDC_000501-02] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 156. | Plaintiff | | 2019-12-20 [184] Exhibit 59 - Email from Eversen to Matulia re CADCode Door Processing [HMDI.0000035] | | |
| 157. | Plaintiff | | 2020-02-04 [175-3] Amended Exhibit 60 - Excerpts from 2020-01-16 Deposition of Donald Vilfer | | |
| 158. | Defendants | | 2020-01-28 [163-06] Exhibit D – Draft Letter of Intent from Glenn and Dairl Johnson to David Winter | | |
| 159. | Defendants | | 2020-01-28 [163-06] Exhibit E – Message from Joe Fallon to Ned Brown re Brief Overview of Details for HOP System | | |
| 160. | Defendants | Ex. Z – Def MSJ | 2020-01-28 [163-08] Exhibit K – 2017-01-06- One Day Enterprises, LLC Registration of Foreign Limited Liability Company with California Secretary of State | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **161.** | Defendants | | 2020-01-28 [163-08] Exhibit P – 2016-11-29 Email from Eversen to Matulia re Door Programs HighMark Generates through CADCode Software | | |
| **162.** | Defendants | | 2020-01-28 [163-08] Exhibit Q – 2016-12-02 Email from Fallon to Matulia re Eversen's Response to Contact the Expert to Discuss Accessing Data | | |
| **163.** | Defendants | | 2020-01-28 [163-08] Exhibit S – 2016-11-30 Email from Eversen to Matulia re HighMark's CADCode Letter of Intent | | |
| **164.** | Defendants | | 2020-01-28 [163-08] Exhibit T – 2017-03-16 Email from Eversen to Matulia re Working on Resolving Server Issues | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 165. | Defendants | | 2020-01-28 [163-09] Winter Exhibit A – 2015-05-28 Gmail from Matulia to Ambruz re Unhappy with Performance and Goal to Increase Sales | | |
| 166. | Defendants | | 2020-01-28 [163-09] Winter Exhibit C – 2015-07-09 Letter from Dave Winter to Glenn Johnson re One Day Proposal and Offer of a Signing Bonus | | |
| 167. | Defendants | | 2020-01-28 [163-09] Winter Exhibit F – 2016-07-18 Request for Entry of Judgment in Superior Court of California, Case No. SCV0038183, Winter v. HighMark | | |
| 168. | Defendants | | 2020-01-28 [163-09] Winter Exhibit G – Door Sample HOP - Source Code | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 169. | Defendants | | 2020-01-28 [163-09] Winter Exhibit H – 2009-11-23 Article: Jeld-Wen Launches Interior Door Replacement Program | | |
| 170. | Defendants | | 2020-01-28 [163-09] Winter Exhibit I – Jeld Wen's 2011 Brochure of Replacement Program | | |
| 171. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit A – Donald E. Vilfer's Curriculum Vitae | | |
| 172. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit C – .HOP Source – Code - Holzher | | |
| 173. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit E – Test All.HOP Source Code - Holzher | | |
| 174. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit F – Photo of Model 7123 CNC Machine at One Day Door from Responsive Report to Huisjen Report | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 175. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit G – User Interface3DG.hop Source Code for Holzher-Reich Spezialmaschinen GmbH | | |
| 176. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit H – StraightAY.hop Source Code - Direkt CNC Systeme NCHOPS Version 3.0 | | |
| 177. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit J – CHA 4744 5 A (003).HOP Source Code – Holzher | | |
| 178. | Defendants | | 2020-01-28 [163-10] Vilfer Exhibit K – LEACH J 3988 6 A.HOP Source Code – Holzher | | |
| 179. | Defendants | | 2020-01-28 [163-11] G.Johnson Exhibit A – 10-19-2011 Prodim USA Quote for SoftHolz | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 180. | Defendants | | 2020-01-28 [163-11] G.Johnson Exhibit B – 2011-11-15 Email from Winter to Dairl Johnson re One-Cut Invoice and Payment Received for Interior Door and Closet Co. | | |
| 181. | Defendants | | 2020-01-28 [163-11] G.Johnson Exhibit C – 2012 Tax Return for Four Seasons Windows, Inc. | | |
| 182. | Defendants | | 2020-01-28 [163-11] G.Johnson Exhibit D – 2014 Tax Return for One Day Doors and Closets, Inc. | | |
| 183. | Defendants | | 2020-01-28 [163-11] G.Johnson Exhibit E – 2018-09-14 Email from Jonathan Morgan to Glenn and Dairl Johnson re Discussion in Meeting on the Industry and its Opportunities | | |
| 184. | Defendants | | 2019-12-19 [143] Exhibit A [Part 2] - Document Numbers DEF 000001-126 & ODE 000006-11 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 185. | Defendants | Ex H Winter MSJ | 2019-12-19 [146-08] Exhibit J - 2010 Articles of Incorporation for Casablanca Design Centers, Inc. | | |
| 186. | Defendants | Huisjen Dep. Ex. G; Vilfer Dep Ex D; Ex. O Def Opp to MSJ | 2019-12-19 [146-08] Exhibit L - HOPS5 – HOP Interface dated 2006-07-13 (HMD1.0006661-6685) | | |
| 187. | Defendants | | 2019-12-19 [146-08] Exhibit N – 2011-09-30 Email from Pustjens to MacGilvray re Holzher Programming Machine | | |
| 188. | Defendants | | 2019-12-19 [146-08] Exhibit O – 2011-11-17 Email from Teune to Dairl Johnson re Problems with Installation of Proliner Door | | |
| 189. | Defendants | | 2019-12-19 [146-09] Exhibit P – Draft VAR Software Licensing Agreement (HMDI.0001448-1467) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 190. | Defendants | | 2019-12-19 [146-10] Exhibit Q - Software Development Agreement (HMDI.0001336-1345) | | |
| 191. | Defendants | | 2019-12-19 [146-11] Exhibit S – 2016-12-01 Email from Matulia to Fallon re Everson Relationship | | |
| 192. | Defendants | | 2019-12-19 [146-12] Exhibit U – 2017-01-04 Email from Eversen to Matulia re Invoice and Upcoming Conference Call (HMDI.0001193-1195) | | |
| 193. | Defendants | | 2019-12-19 [146-13] Exhibit AA - Email from Eversen to Matulia re Server Issues Unresolved | | |
| 194. | Plaintiff | | 2020-01-28 [165-1] Exhibit 60 - Excepts from 2020-01-16 Deposition of Donald Vilfer | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 195. | Plaintiff | | 2020-01-28 [165-2] Exhibit 61 - 2017-05-27 Email from Matulia to Short re Winter's Professional Tactics - Competitor's Ads | | |
| 196. | Plaintiff | | 2020-01-28 [165-3] Exhibit 62 – 2015-05-29 Gmail from Matulia to Winter re Frustration with Winter's Resistance and Performance | | |
| 197. | Plaintiff | | 2020-01-28 [165-4] Exhibit 63 – 2012-02-21 Email from Ken McBride to Dairl Johnson re Questions on Current Contract | | |
| 198. | Plaintiff | | 2020-01-28 [165-5] Exhibit 64 - Excerpts from 2019-09-25 Deposition Transcript of Joseph Fallon | | |
| 199. | Defendants | | 2019-12-20 [147-06] Exhibit L - Message from Joe Fallon to Ned Brown re Brief Overview of Details for HOP File | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **200.** | Defendants | | 2019-12-20 [147-06] Exhibit M – 2017-03-16 Email from Eversen to Matulia re Unresolved Issues with Server | | |
| **201.** | Defendants | | 2019-12-20 [147-07] Exhibit A – 2015-05-28 Gmail from Matulia to Ambruz re Unhappy with Sales and Marketing Performance | | |
| **202.** | Defendants | | 2019-12-20 [147-07] Exhibit C – 2015-07-09 Email from David Winter to Glenn Johnson re One Day Employment Proposal and Offer of Signing Bonus | | |
| **203.** | Defendants | | 2019-12-20 [147-07] Exhibit F – 2016-07-18 Request and Order re  Entry of Judgment in California Superior Court, Case SCV0038183 | | |
| **204.** | Plaintiff | | 2020-01-28 [165-01] Exhibit 60 - Excerpts from 2020-01-16 Deposition of Donald Vilfer | | |

-40-

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 205. | Plaintiff | | 2020-01-28 [165-02] Exhibit 61 – 2017-05-27 Gmail from Richard Matulia to Christine Short re Winter's Professional Tactics, Competition and One Day Doors Ads | | |
| 206. | Plaintiff | | 2020-01-28 [165-03] Exhibit 62 - 2015-05-29 Gmail from Richard Matulia to David Winter re Resistance in Training and Adding Value to the Company | | |
| 207. | Plaintiff | | 2020-01-28 [165-4] Exhibit 63 – 2012-02-21 Email from Ken McBride to Dairl Johnson re Current Contract and New Prodim Process | | |
| 208. | Plaintiff | | 2020-01-28 [165-05] Exhibit 64 - Excerpts from 2019-09-25 Deposition of Joseph Fallon | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 209. | Plaintiff | | 2020-01-28 [168-2] Exhibit 65 - Excerpts from 2020-01-14 Deposition of Derek Huisjen | | |
| 210. | Plaintiff | | 2020-02-07 [181-1] Exhibit 1 - 2019-10-16 Don Vilfer's Opening Expert Report (VAND Group LLC) | | |
| 211. | Plaintiff | | 2020-02-07 [181-2] Exhibit 2 - 2019-11-15 Don Vilfer's Responsive Expert Report | | |
| 212. | Plaintiff | | 2020-02-07 [181-3] Exhibit 3 - Excerpts of 2020-01-16 from Deposition of Donald Vilfer (Confidential) | | |
| 213. | Plaintiff | | 2020-02-07 [182-6] Exhibit 4 - Vilfer's Deposition Exhibit 5 - Email from Robles to Matulia re California Forensics' Engagement Letter | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 214. | Plaintiff | | 2020-02-07 [181-4] Exhibit 5 - Vilfer Deposition Exhibit 06 Californensics Computer Forensics Summary | | |
| 215. | Plaintiff | | 2020-03-02 [195-2] Exhibit 6 - Excerpts from 2020-01-16 Deposition of Donald Vilfer | | |
| 216. | Plaintiff | | Defendants' Natively Produced Document Bates Nos. CDC_000292 | | |
| 217. | Plaintiff | | HighMark's Production Bates No. HMDI.0000035 | | |
| 218. | Plaintiff | | HighMark's Production Bates No. HMDI.0000036 | | |
| 219. | Plaintiff | | HighMark's Production Bates No. HMDI.0000053 | | |
| 220. | Plaintiff | | HighMark's Production Bates No. HMDI.0000094-110 | | |
| 221. | Plaintiff | | HighMark's Production Bates No. HMDI.0000113 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 222. | Plaintiff | | HighMark's Production Bates No. HMDI.0000316 | | |
| 223. | Plaintiff | | HighMark's Production Bates No. HMDI.0000730 | | |
| 224. | Plaintiff | | HighMark's Production Bates No. HMDI.0000850 | | |
| 225. | Plaintiff | | HighMark's Production Bates No. HMDI.0001171 | | |
| 226. | Plaintiff | | HighMark's Production Bates No. HMDI.0006661 | | |
| 227. | Plaintiff | | HighMark's Production Bates No. HMDI.0006663 | | |
| 228. | Plaintiff | | HighMark's Production Bates No. HMDI.0006664 | | |
| 229. | Plaintiff | | HighMark's Production Bates No. HMDI.0006665 | | |
| 230. | Plaintiff | | HighMark's Production Bates No. HMDI.0006681 | | |
| 231. | Plaintiff | | HighMark's Production Bates No. HMDI.0006684 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 232. | Plaintiff | | Defendants' Produced Documents Bates Nos. CDC_000784 (Natives - Confidential) (zip file) | | |
| 233. | Plaintiff | | Defendants' Produced Document Bates Nos. CDC_000785 (Natives - Confidential) (zip file) | | |
| 234. | Plaintiff | | Plaintiff's Produced Documents, Bates Nos. HMDI.0001611-4110 | | |
| 235. | Plaintiff | | Plaintiff's Produced Documents, Bates Nos. HMDI.0004111-6059 | | |
| 236. | Plaintiff | | Defendants' Production Bates Nos. CDC_000009-31 - Casablanca Financial Records | | |
| 237. | Plaintiff | | Defendants' Production Bates Nos. CDC_000076 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 238. | Plaintiff | | Defendants' Production Bates Nos.CDC_000099 | | |
| 239. | Plaintiff | | Defendants' Production Bates Nos. CDC_000120 | | |
| 240. | Plaintiff | | Defendants' Production Bates Nos. CDC_000175 | | |
| 241. | Plaintiff | | Defendants' Production Bates Nos. CDC_000267 | | |
| 242. | Plaintiff | | Defendants' Production Bates Nos. CDC_000276 | | |
| 243. | Plaintiff | | Defendants' Production Bates Nos. CDC_000285 | | |
| 244. | Plaintiff | | Defendants' Production Bates Nos. CDC_000321 | | |
| 245. | Plaintiff | | Defendants' Production Bates Nos. CDC_000327 | | |
| 246. | Plaintiff | | Defendants' Production Bates Nos. CDC_000604 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **247.** | Plaintiff | | Defendants' Production Bates Nos. CDC_000668 | | |
| **248.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000041 | | |
| **249.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000043 | | |
| **250.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000050 | | |
| **251.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000050 [Attachment] | | |
| **252.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000058 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **253.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000058 [Attachment] | | |
| **254.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000074 | | |
| **255.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000082 | | |
| **256.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000104 | | |
| **257.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000113 | | |
| **258.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000126 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **259.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000127 | | |
| **260.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000139 | | |
| **261.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000140 | | |
| **262.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000144 | | |
| **263.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000173 | | |
| **264.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000175 [Attachment to CDC_000173] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 265. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000234 | | |
| 266. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000275 | | |
| 267. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000276 [Attachment to CDC_000275] | | |
| 268. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000279 | | |
| 269. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000285 | | |
| 270. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000288 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **271.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000311 | | |
| **272.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000325 | | |
| **273.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000326 | | |
| **274.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000327 [Attachment to CDC_000326] | | |
| **275.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000384 | | |
| **276.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000385 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| **277.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000393 | | |
| **278.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000401 | | |
| **279.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000408 | | |
| **280.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000417 | | |
| **281.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000449 | | |
| **282.** | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000451 [Attachment to 449] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---------|----------------|-----------------|-------------|--------------|--------------------------|
| 283. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000460 | | |
| 284. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000520 | | |
| 285. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000539 | | |
| 286. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000541 | | |
| 287. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000542 | | |
| 288. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000602 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 289. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000604 [Attachment to CDC_000602] | | |
| 290. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000646 | | |
| 291. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000667 | | |
| 292. | Plaintiff | | Defendants' Unrelated Costs, Defendants' Production Bates No. CDC_000668 [Attachment to CDC_000667] | | |
| 293. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC 000075 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 294. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000077 [Attachment to CDC000075] | | |
| 295. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000089 | | |
| 296. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000090 [Attachment to CDC000089 | | |
| 297. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000098 | | |
| 298. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000100 [Attachment to CDC000098] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 299. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000118 | | |
| 300. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000121 [Attachment to CDC000118] | | |
| 301. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000266 | | |
| 302. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000268 [Attachment to CDC000266] | | |
| 303. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000294 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 304. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000296 [Attachment to CDC000294] | | |
| 305. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000320 | | |
| 306. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000322 [Attachment to 320] | | |
| 307. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000583 | | |
| 308. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000584 [Attachment to CDC000583] | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 309. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000614 | | |
| 310. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000616 [Attachment to CDC000614] | | |
| 311. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000627 | | |
| 312. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. CDC000631 [Attachment to CDC000627] | | |
| 313. | Plaintiff | | Related to Reverse Engineering, Defendants' Production Bates No. DEF_000229 | | |
| 314. | Plaintiff | | Defendants' Production Bates No. CDC_-00000119 (native) | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 315. | Plaintiff | | Defendants' Production Bates No. DEF_000001 - DEF_000133 | | |
| 316. | Plaintiff | | Defendants' Production Bates No. DEF_000229 | | |
| 317. | Plaintiff | | Excel - Door Counts by Year | | |
| 318. | Plaintiff | | Excel - Highmark margin (2) (1) | | |
| 319. | Plaintiff | | ODE Financials, Defendants' Production Bates No. (ODE_000001 - 000013) | | |
| 320. | Plaintiff | | Defendants' Production Bates No. ODE_000006-13 | | |
| 321. | Plaintiff | | Tax Records, Defendants' Production Bates No. DEF_000001-133 | | |
| 322. | Plaintiff | | Plaintiff's Production Bates No. HMDI.0006060-6209 | | |
| 323. | Plaintiff | | Excel - HMDI.0006652 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 324. | Plaintiff | | Excel Reverse Engineering Costs with Bates Numbers | | |
| 325. | Plaintiff | | Hanson - Schedule 1 - Summary of Damages | | |
| 326. | Plaintiff | | Hanson - Schedule 2 - Highmark Lost Profits on Doors Sold by Defendants | | |
| 327. | Plaintiff | | Hanson - Schedule 3 - Highmark Volume, Sales and Marginal Profits | | |
| 328. | Plaintiff | | Hanson - Schedule 4 - Highmark Loss Royalty on Doors Sold by Defendants | | |
| 329. | Plaintiff | | Hanson - Schedule 5 - Costs Incurred by Highmark to Develop the One-Cut System | | |
| 330. | Plaintiff | | Hanson - Schedule 6 - Disgorement of Defendants' Profits on Door Sales | | |
| 331. | Plaintiff | | Hanson - Schedule 7 - Casablanca Profit and Loss 2015 through 2018 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---------|----------------|-----------------|-------------|--------------|--------------------------|
| 332. | Plaintiff | | Hanson - Schedule 8 - One Day Enterprises Profit and Loss 2017 through 2019 and Annualized 2019 | | |
| 333. | Plaintiff | | Hanson - Schedule 9 - Number of Doors Sold by Defendants | | |
| 334. | Plaintiff | | Video Clip entitled CNC Machine.mp4 | | |
| 335. | Plaintiff | | Video Clip entitled Device.mp4 | | |
| 336. | Plaintiff | | Video Clip entitled HomeStory Corp Video.mp4 | | |
| 337. | Plaintiff | | Video Clip entitled Jury Video v2.mp4 | | |
| 338. | Plaintiff | | Video Clip entitled One Day Doors & Closets Installation Services | | |
| 339. | Plaintiff | | Video Clip entitled Software.mp4 | | |
| 340. | Defendants | | Casablanca Production CDC_000001 – 000788 | | |

| Ex. No. | Party Offering | Cross-Reference | Description | Objection(s) | Response to Objection(s) |
|---|---|---|---|---|---|
| 341. | Defendants | | Dave Winter Production DW_000001 – 000115 | | |
| 342. | Defendants | | One Day Enterprises Production ODE_000001 – 000019 | | |

-62-