Michael Friedland (State Bar No. 157,217)
michael.friedland@knobbe.com
Thomas P. Krzeminski (State Bar No. 213,714)
2tpk@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff,
HIGHMARK DIGITAL, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>Defendants. | CASE NO.  2:18-cv-06105-GW-ASx<br><br>**PLAINTIFF HIGHMARK DIGITAL, INC.'S DEPOSITION DESIGNATIONS**<br><br>**Hon. George H. Wu**<br>**Magistrate Judge Alka Sagar**<br><br>**HEARING:**<br>**Date:  Thursday, Sept. 9, 2021**<br>**Time: 8:30 a.m.**<br>**Ctrm: 9D**<br><br>**Pre-Trial Conf.:  September 9, 2021**<br>**Trial:  September 21, 2021** |

Plaintiff HIGHMARK DIGITAL, INC. ("HighMark") hereby submits its designations of deposition testimony:

| HighMark Designations | Defendants' Objections | Defendants' Objections | HighMark's Objections to Defendants' Counters |
|---|---|---|---|
| **Katherine Gabales** | | | |
| 4:14-5:7 | | | |
| 43:8-47:19 | | | |
| 48:21-51:19 | | | |
| 56:13-23 | | | |
| 58:1-5 | | | |
| 72:14-20 | | | |

| HighMark Designations | Defendants' Objections | Defendants' Objections | HighMark's Objections to Defendants' Counters |
|---|---|---|---|
| **Michael McElroy** | | | |
| 12:4-13:10 | | | |
| 15:9-25:17 | | | |
| 28:20-29:2 | | | |
| 33:12-20 | | | |
| 41:15-44:15 | | | |
| 44:23-45:8 | | | |
| 51:5-52:25 | | | |
| 55:6 -58:1 | | | |

| HighMark Designations | Defendants' Objections | Defendants' Objections | HighMark's Objections to Defendants' Counters |
|---|---|---|---|
| **Michael McElroy** ||||
| 60:1-3 | | | |
| 62:17-21 | | | |
| 66:20-67:1 | | | |
| 69:10-72:1 | | | |
| 80:21-81:21 | | | |
| 107:15-109:25 | | | |
| 118:19-122:22 | | | |
| 126:17-127:2 | | | |
| 128:7-130:11 | | | |
| 135:5-20 | | | |
| 140:4-19 | | | |
| 141:25-142:14 | | | |
| 142:21-143:16 | | | |
| 146:7-12 | | | |
| 147:6-20 | | | |
| 163:11-166:4 | | | |

Defendants CASABLANCA DESIGN CENTERS, INC.[1], FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, and ONE DAY ENTERPRISES, LLC (collectively "DEFENDANTS") hereby submit the below excerpts from the deposition of Katherine Gabales taken August 20, 2019, for use at trial in lieu of live witness testimony. The excerpts are designated below with reference to the page: line numbers of the transcript.

| HighMark Designations | Defendants' Objections | Defendants' Objections | HighMark's Objections to Defendants' Counters |
|---|---|---|---|
| **Katherine Gabales** | | | |
| 4:14-5:7 | | | |
| 13:24-14:6 | | | |
| 24:5-10 | | | |
| 42:5-9 | | | |
| 42:12-14 | | | |
| 42:19-24 | | | |
| 46:11-14 | | | |
| 47:3-12 | | | |
| 47:25-48:2 | | | |
| 48:25-49:13 | | | |
| 49:17-20 | | | |

---

[1] Interior Door and Closet Company has been dismissed by Court Order from this litigation and is recognized as a fictitious business name of Defendant Casablanca Design Centers, Inc. (See Document 201, Filed March 26, 2020, containing the Civil Minutes Ruling by Judge Otero.

| HighMark Designations | Defendants' Objections | Defendants' Objections | HighMark's Objections to Defendants' Counters |
|---|---|---|---|
| **Katherine Gabales** | | | |
| 49:24-50:2 | | | |
| 50:10-13 | | | |
| 51:3-7 | | | |
| 58:1-5 | | | |
| 65:25-66:17 | | | |
| 68:22-69:4 | | | |
| 71:4-15 | | | |

**SO STIPULATED TO AND AGREED:**

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 3, 2021       By: */s/ Thomas P. Krzeminski*
                                Michael K. Friedland
                                Thomas P. Krzeminski

*Attorneys for Plaintiff,*
HIGHMARK DIGITAL, INC.

PORTER SCOTT

Dated: September 3, 2021       By: */s/ Martin N. Jensen*
                                Martin N. Jensen
                                Joceline M. Herman

*Attorneys for Defendants,*
CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., INTERIOR DOOR & CLOSET COMPANY, ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, AND ONE DAY ENTERPRISES, LLC