1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

12

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation, | CASE NO. CV 18-6105-GW-ASx |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO AMEND THE SCHEDULING ORDER** |
| v. | **Hon. George H. Wu** |
| CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC. a Delaware company, | **Magistrate Judge Alka Sagar** |
| | **Pre-Trial Conf.: September 9, 2021 Trial: September 21, 2021** |
| Defendants. | |

Plaintiff HighMark Digital, Inc. ("HighMark") and Defendants Casablanca Design Centers, Inc., Four Seasons Windows, Inc., Interior Door & Closet Company, One Day Doors and Closets, Inc., David Winter and One Day Enterprises (collectively, "Defendants") have met, conferred and stipulated to modifying the Court's Scheduling Order, [Dkt. No. 229] which sets the pretrial conference in this case for September 9, 2021, and the jury trial for September 21, 2021.

This Court has reviewed the Joint Stipulation and supporting papers, finds good cause and **GRANTS** the parties' joint stipulation.

It is hereby **ORDERED** that the pretrial deadlines for September 3, 2021 including the filing of the parties jury instructions, special verdict and statement of the case, are extended 4 days to Tuesday, September 7, 2021.  Any all other deadlines shall remain unchanged.

**IT IS SO ORDERED.**

Dated: September 7, 2021      By: _____

                                        HON. GEORGE H. WU,
                                        United States District Judge

-1-