| | |
|---|---|
| Michael K. Friedland (SBN 157,217) | Martin N. Jensen (SBN 232,231) |
| michael.friedland@knobbe.com | mjensen@porterscott.com |
| Thomas P. Krzeminski (SBN 213,714) | Joceline M. Herman (SBN 310,897) |
| 2tpk@knobbe.com | jherman@porterscott.com |
| **KNOBBE, MARTENS, OLSON & BEAR, LLP** | **PORTER SCOTT A PROFESSIONAL CORPORATION** |
| 2040 Main Street, 14th Floor | 350 University Avenue, Suite 200 |
| Irvine, CA 92614 | Sacramento, CA 95825 |
| Telephone: (949) 760-0404 | Telephone: (916) 929-1481 |
| Facsimile: (949) 760-9502 | Facsimile: (916) 927-3706 |
| Attorneys for Plaintiff | Attorneys for Defendants |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>   Plaintiff,<br><br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>   Defendants.<br>_____ / | **CASE NO. 2:18-cv-06105-GW-ASx**<br><br>**JOINT STATEMENT OF CASE**<br><br>**Hon. George H. Wu**<br>**Magistrate Judge Alka Sagar**<br>**Courtroom 9D**<br><br>**Pre-Trial Conf.: September 9, 2021**<br>**Trial: September 21, 2021** |

-1-
JOINT STATEMENT OF CASE

Plaintiff Highmark Digital, Inc. ("HighMark") is a California Corporation that operates in the interior door replacement industry. Defendant Casablanca Design Centers, Inc. ("Casablanca") operates in the interior door replacement industry in Southern California. One Day Enterprises, LLC, does business under the name of One Day Doors & Closets, and operates in the interior door replacement industry. Defendant Four Seasons Windows, Inc. ("Four Seasons") is a company that used to operate in the interior door replacement industry and ceased operating in 2011. Defendant One Day Doors and Closets, Inc. is related to One Day Enterprises, LLC because it does business as One Day Doors & Closets. Defendant David Winter is a former employee of Highmark who works for One Day Enterprises, LLC.

HighMark asserts it is the owner of software known as One-Cut. Highmark contends One-Cut is software that converts measurement data of existing door frames into custom door-cutting instructions (known as HOP files) readable by a specific type of woodcutting machine, known as a Holzher CNC machine. HighMark claims that the source code for its One-Cut software, as well as the resulting HOP files, are HighMark's trade secret.

HighMark claims that the Defendants have improperly taken, or misappropriated, its One-Cut software in violation of certain contracts between HighMark and certain Defendants and in violation of the Defend Trade Secret Act and the California Uniform Trade Secrets Act.

Defendants deny that they have accessed, taken or used the One-Cut software

of HighMark in any unlawful manner. Defendants claim that in or around October 2011, Casablanca licensed software from a company called Prodim to convert measurement data for cutting on a Holzher CNC machine. Defendants allege they have been using the Prodim software since that time. Defendants deny that HOP files are a trade secret.

HighMark also claims that David Winter unlawfully destroyed data and files on a HighMark corporate laptop that he possessed for over a week after he resigned from HighMark, in violation of applicable state penal code provisions. David Winter denies the allegation claiming he backed up all Highmark data and files on a storage device that he returned to the company.

HighMark believes it has been harmed by the alleged acts of the Defendants and claims it is due damages from the Defendants due to their alleged conduct. Defendants deny all wrongdoing and any related claims for damages.

/ / /

/ / /

**SO STIPULATED:**

Respectfully submitted,

**PORTER SCOTT**
**A PROFESSIONAL CORPORATION**

Dated: September 7, 2021     By: */s/ Martin N. Jensen*
    Martin N. Jensen
    Joceline M. Herman

*Attorneys for Defendants,*
CASABLANCA DESIGN CENTERS, INC.,
FOUR SEASONS WINDOWS, INC.,
INTERIOR DOOR & CLOSET COMPANY,
ONE DAY DOORS AND CLOSETS, INC.,
DAVID WINTER, AND ONE DAY
ENTERPRISES, LLC


**KNOBBE, MARTENS, OLSON & BEAR, LLP**

Dated: September 7, 2021     By: */s/ Thomas P. Krzeminski*
    Michael K. Friedland
    Thomas P. Krzeminski

*Attorneys for Plaintiff,*
HIGHMARK DIGITAL, INC.

# **FILER'S ATTESTATION**

Pursuant to Local Rule 5-4.3.4 regarding signatures, I hereby attest that concurrence in the filing of this document and related Declarations have been obtained from all signatories above.

Dated: September 7, 2021       By: */s/Thomas P. Krzeminski*
                                    Thomas P. Krzeminski

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

-5-
JOINT STATEMENT OF CASE