# EXHIBIT A

| | |
|---|---|
| **From:** | Desiree M. Ganzon <dganzon@porterscott.com> |
| **Sent:** | Thursday, August 26, 2021 6:12 PM |
| **To:** | Michael.Friedland; 2tpk; Thomas.Krzeminski |
| **Cc:** | Martin Jensen; Jeff Schultz; Joceline M. Herman; Courtney A. Bowers; Cassie.Gourash; Clara.Magallon; Claudia.Watson; Jeff.Roche; Peter.Toller |
| **Subject:** | 2021-08-26 Email from Desiree Ganzon to Counsel re Service of Defendants' Witness List, Exhibit List, and Testimony to be Presented at Trial |
| **Attachments:** | Defendants' Witness List (02487181x9DF46).PDF; Defendants' Exhibit List (02487227x9DF46).PDF; Defs Testimony to be Presented at Trial by Deposition (02487164x9DF46).PDF |

Good afternoon:

Attached please find Defendants' Witness List, Exhibit List, and Testimony to be Presented at Trial by Deposition.  Please acknowledge receipt of the attached documents via return email.  Thank you.



**Desiree Ganzon**
Legal Secretary to Martin N. Jensen, Joceline M. Herman,
MaryJo E. Smart, and Jeffrey E. Schultz
350 University Avenue | Suite 200 | Sacramento, CA 95825
T| 916. 929.1481 x 343  F| 916. 927.3706
www.porterscott.com

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and privileged.  Any inadvertent disclosure shall not waive the attorney-client or work product privileges. If you have received this email in error, please notify the sender immediately and delete all copies of the email and any attachments.

1
**EXHIBIT A**
**-2-**

| | |
|---|---|
| **From:** | Desiree M. Ganzon <dganzon@porterscott.com> |
| **Sent:** | Thursday, August 26, 2021 6:12 PM |
| **To:** | Michael.Friedland; 2tpk; Thomas.Krzeminski |
| **Cc:** | Martin Jensen; Jeff Schultz; Joceline M. Herman; Courtney A. Bowers; Cassie.Gourash; Clara.Magallon; Claudia.Watson; Jeff.Roche; Peter.Toller |
| **Subject:** | 2021-08-26 Email from Desiree Ganzon to Counsel re Service of Defendants' Witness List, Exhibit List, and Testimony to be Presented at Trial |
| **Attachments:** | Defendants' Witness List (02487181x9DF46).PDF; Defendants' Exhibit List (02487227x9DF46).PDF; Defs Testimony to be Presented at Trial by Deposition (02487164x9DF46).PDF |

Good afternoon:

Attached please find Defendants' Witness List, Exhibit List, and Testimony to be Presented at Trial by Deposition.  Please acknowledge receipt of the attached documents via return email.  Thank you.



**Desiree Ganzon**
Legal Secretary to Martin N. Jensen, Joceline M. Herman,
MaryJo E. Smart, and Jeffrey E. Schultz
350 University Avenue | Suite 200 | Sacramento, CA 95825
T| 916. 929.1481 x 343  F| 916. 927.3706
www.porterscott.com

CONFIDENTIALITY NOTICE: This email and any attachments are confidential and privileged.  Any inadvertent disclosure shall not waive the attorney-client or work product privileges. If you have received this email in error, please notify the sender immediately and delete all copies of the email and any attachments.

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Martin N. Jensen, (SBN 232231)
mjensen@porterscott.com
Joceline M. Herman, (SBN 310897)
jherman@porterscott.com
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706

Attorneys for Defendants
CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, AND ONE DAY ENTERPRISES, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| HIGHMARK DIGITAL, INC., a California corporation,<br><br>    Plaintiff,<br>v.<br><br>CASABLANCA DESIGN CENTERS, INC., a California corporation; FOUR SEASONS WINDOWS, INC., a California corporation; INTERIOR DOOR & CLOSET COMPANY, an unincorporated California company; ONE DAY DOORS AND CLOSETS, INC., a California corporation; DAVID WINTER, an individual; and ONE DAY ENTERPRISES, LLC, a Delaware company,<br><br>    Defendants.<br>_____/ | CASE NO. 2:18-cv-06105-GW-ASx<br><br>**DEFENDANTS' WITNESS LIST**<br><br>**Hon. George H. Wu**<br>**Magistrate Judge Alka Sagar**<br>**Courtroom 9D**<br><br>**Pre-Trial Conf.: September 9, 2021**<br>**Trial: September 21, 2021** |

{02404920.DOCX}                                          1
DEFENDANTS' WITNESS LIST

**EXHIBIT A**
-4-

DEFENDANTS hereby submit the following witness list, in alphabetical order by last name:

Joseph Fallon-examination-1/2 court day

Katherine Gabales-examination-1/2 hour

Derek Huisjen -cross-examination-2 hours

Dairl Johnson-direct examination-1/2 court day

Glenn Johnson-direct examination-1/2 court day

Michael MacGilvray-direct examination-1 hour

Richard Matulia-examination-1/2 court day

Mike McElroy-direct examination-3 hours

Tammy Mendonca*- no likely to be called by Defendants

Matthew Miller-direct examination-2 hours

Don Vilfer-direct examination-2 hours

David Winter-direct examination-1 day

Dated: August 26, 2021

PORTER SCOTT
A PROFESSIONAL CORPORATION

By    /s/ Martin N. Jensen
       Martin N. Jensen
       Joceline M. Herman
       Attorneys for Defendants
       CASABLANCA DESIGN CENTERS, INC., FOUR SEASONS WINDOWS, INC., ONE DAY DOORS AND CLOSETS, INC., DAVID WINTER, AND ONE DAY ENTERPRISES, LLC

{02404920.DOCX}   2
DEFENDANTS' WITNESS LIST

**EXHIBIT A**
-5-

**CASE NAME:** *Highmark Digital, Inc. v. Casablanca Design Centers, Inc. et al.*
**CASE NO.:**   USDC Central District, Western Division Case No. 2:18-cv-06105-SJO-ASx

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. My business address is 350 University Avenue, Suite 200, Sacramento, California 95825.

On August 26, 2021, served the following document:

### DEFENDANTS' WITNESS LIST

| | |
|---|---|
| | **BY MAIL:** I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| | **BY PERSONAL SERVICE:** I caused such document to be personally delivered to the person(s) addressed below. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents, in an envelope or package clearly labeled to identify the attorney being served, with a receptionist or an individual in charge of the office, between the hours of nine in the morning and five in the evening. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not younger than 18 years of age between the hours of eight in the morning and six in the evening. |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the person(s) listed below. I placed the envelope or package for collection and overnight delivery at my office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY FAX TRANSMISSION:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached |
| XX | **BY ELECTRONIC TRANSMISSION:** By electronically serving the document(s) to the electronic mail address set forth below on this date before 11:59 p.m. pursuant to Code of Civil Procedure section 1010.6(a)(2), (4) and (5). |

Addressed as follows:

**COUNSEL FOR PLAINTIFF**
Michael Friedland/Thomas P. Krzeminski
Cassie Gourash/Clara Magallon
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Tel: (949) 760-0404
Fax: (949) 760-9502
Michael.friedland@knobbe.com;
2tpk@knobbe.com     Thomas.Krzeminski@knobbe.com
Cassie.Gourash@knobbe.com
Clara.Magallon@knobbe.com

PORTER | SCOTT
350 University Avenue, Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Sacramento, California on August 26, 2021.

*Desiree Ganzon*
Desiree Ganzon