**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 18-6105-GW-ASx | Date | September 21, 2021 |
|---|---|---|---|
| Title | *Highmark Digital, Inc. v. Casablanca Design Centers, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Terri A. Hourigan | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Michael K. Friedland                Joceline Herman
Thomas P. Krzeminski                Martin N. Jensen

**PROCEEDINGS:    SETTLEMENT CONFERENCE**

    The parties and their respective counsel met with the Court on September 21, 2021, and a settlement conference was held off the record. The parties reached a settlement which was memorialized (and executed by the parties) in a written "Confidential Binding Term Sheet" ("CBTS"). Based upon that settlement, the Court dismisses the case but retains jurisdiction to enforce the terms of the CBST as provided therein.

                                                  4    :    30

Initials of Preparer    JG